**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Illinois Farmers Insurance Company,
As subrogee of
Paul Krawetz and Pamela Krawetz

Plaintiff,

vs.

Honeywell International Inc.,
A Delaware Corporation,

Defendant.

Court File No. 02-410 ~~JMR/FLN~~ JEL/JGL

**STIPULATION AND ORDER OF NON-DISCLOSURE OF HONEYWELL PROPRIETARY AND CONFIDENTIAL DOCUMENTS**

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** to by and between the above-named Plaintiff, Defendant Honeywell International Inc. ("Honeywell"), and any additional parties joined in this action, by and through their undersigned counsel as follows:

WHEREAS, counsel for Plaintiff anticipates requesting production of certain documents regarding the Honeywell AT72D1683-2 Transformer (the "Product");

WHEREAS, Honeywell has agreed to produce copies of certain documents regarding the Product;

WHEREAS, those documents contain confidential material, trade secrets, and other proprietary data;

WHEREAS, Honeywell does not want said documents, or any copies of the documents, to be disclosed to any person not directly involved in the preparation of the above-entitled action;

WHEREAS, Honeywell desires that all said documents it produces during the course of this action be returned following the termination of this action;

FILED JUL 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**NOW, THEREFORE,** it is hereby stipulated and agreed to as follows:

1. All proprietary and confidential documents produced by Honeywell will be so designated on the face of each produced document.

2. Counsel for the parties agree that any and every proprietary and confidential document produced by Honeywell in this case will not be copied, disclosed or otherwise revealed to any person or entity other than the following:

   a. Counsel of record for the parties in this action and attorneys, clerical, paralegal and other staff employed by such counsel, and any independent experts or independent consultants who are assisting in the prosecution or defense of this action and for no other purpose;

   b. Such officers, directors, or employees of the parties, as counsel in good faith requires to provide assistance in the prosecution or defense of this action and for no other purpose;

   c. The Court, court personnel, witnesses at trial and jurors;

   d. Any other person as to whom the producing person agrees in writing in advance of disclosure;

   e. Court reporters employed in connection with this action; and

   f. Witnesses at deposition.

3. Plaintiff, by its counsel, agrees that but for the persons or entities listed in paragraphs 2-a through 2-f above, no other person will be allowed to view, examine or copy any proprietary and confidential document produced by Honeywell in the above-entitled action in whole or in part.

4. It is further stipulated and agreed that all copies of any and every proprietary and confidential document produced by Honeywell in the above-entitled action will be returned to the law firm of Flynn, Gaskins & Bennett, L.L.P., counsel for Honeywell in this action, upon termination of this litigation by verdict, settlement or otherwise.

5. It is further stipulated and agreed that the contents of this stipulation will be made known to any party, expert, or employee of a party who is requested or authorized to examine any Honeywell confidential and proprietary documents produced in this action and that said party, expert, or employee of a party agrees to be bound by the terms of this stipulation as a condition to his or her examination of said documents.

6. It is further stipulated and agreed that this agreement may be modified by the parties upon mutual consent.

**HANSON LULIC & KRALL**

Dated: 7-18, 2002

Kevin J. Kennedy, #193872
920 Second Avenue South
Suite 500
Minneapolis, MN 55402
(612) 333-2530
***Attorneys for Plaintiff***

**FLYNN, GASKINS & BENNETT, LLP**

Dated: 7/30, 2002

Scott M. Rusert, #231113
333 South Seventh Street
Suite 2900
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Defendant***

**ORDER**

1. All proprietary and confidential documents produced by Honeywell will be so designated on the face of each produced document.

2. Any and every proprietary and confidential document produced by Honeywell in this case will not be copied, disclosed or otherwise revealed to any person or entity other than the following:

a. Counsel of record for the parties in this action and attorneys, clerical, paralegal and other staff employed by such counsel, and any independent experts or independent consultants who are assisting in the prosecution or defense of this action and for no other purpose;

b. Such officers, directors, or employees of the parties and the Treatment Center, as counsel in good faith requires to provide assistance in the prosecution or defense of this action and for no other purpose;

c. The Court, court personnel, witnesses at trial and jurors;

d. Any other person as to who the producing party agrees in writing in advance of disclosure;

e. Court reporters employed in connection with this Action; and

f. Witnesses at deposition.

3. But for the persons or entities listed in paragraphs 2-a through 2-f above, no other person will be allowed to view, examine or copy any proprietary and confidential document produced by Honeywell in the above-entitled action in whole or in part.

4. All copies of any and every proprietary and confidential document produced by Honeywell in the above-entitled action will be returned to the law firm of Flynn, Gaskins & Bennett, L.L.P., counsel for Honeywell in this action, upon termination of this litigation by verdict, settlement or otherwise.

5. The contents of this stipulation will be made known to any parties, expert or employee of a party who is requested or authorized to examine any Honeywell documents produced in this action and that said party, expert or employee agrees to be bound by the terms of this stipulation as a condition to his or her examination of said documents.

6. This agreement may be modified by the parties upon mutual consent and application to the court.

Dated: July 31, 2002.

BY THE COURT

Judge of District Court

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.

FORMS\PROTECOR.NOT
Rev. 8/10/01