HANSON LULIC & KRALL, LLC
ATTORNEYS AT LAW

700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Office: 612.333.2530
Fax: 612.392.3675

March 17, 2005

*Kevin J. Kennedy*
*Attorney at Law*
Direct Dial: 612.392.3648
E-Mail: kkennedy@hlk.com

Clerk of Court
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Illinois Farmers Insurance Company, as subrogee of Paul Krawetz and Pamela Krawetz vs. Honeywell International, Inc.
Court File No.: 02-410 (JNE/JSM)
Our File No.: FAR 17445

Dear Sir or Madam:

We are in receipt of the hard copy of the Amended Order for Settlement Conference sent to Michael Benninghoff of our office. Please be advised that Michael Benninghoff is no longer with our firm. Please substitute the undersigned for Michael Benninghoff.

If you have any questions, please do not hesitate to contact me at the number listed above.

Yours truly,

Kevin J. Kennedy

KJK/kmb

cc: Scott M. Rusert, Esq. (File No.: 36.15051)

G:\HLK\17445\ATTY\Court.002.doc