**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Illinois Farmers Insurance Company,
As subrogee of
Paul Krawetz and Pamela Krawetz

Plaintiff,

vs.

Honeywell International Inc.,
A Delaware Corporation,

Defendant.

Court File No. 02-CV-410 JNE/JSM

**DEFENDANT'S MOTION FOR SANCTIONS EXCLUDING EVIDENCE AND DISMISSING PLAINTIFF'S CLAIMS**

---

TO: Plaintiff and its attorneys, Kevin J. Kennedy, Esq., Hanson Lulic & Krall, 608 Second Avenue South, Suite 700E, Minneapolis, MN 55402.

Defendant Honeywell International Inc. moves this Court for an Order excluding Plaintiff's expert evidence and dismissing its claims against Honeywell as a sanction for Plaintiff's spoliation of material evidence concerning this litigation.

This motion is based on the record, files, and pleadings as well as the Memorandum of law and affidavits, which will be filed at a later date, and the arguments of counsel that will be heard on June 27, 2005.

**FLYNN, GASKINS & BENNETT, LLP**

Dated: March 31, 2005

s/ Scott M. Rusert
Scott M. Rusert, #231113
333 South Seventh Street
Suite 2900
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Defendant***
***Honeywell International Inc.***