**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Illinois Farmers Insurance Company,
As subrogee of
Paul Krawetz and Pamela Krawetz

Plaintiff,

vs.

Honeywell International Inc.,
A Delaware Corporation,

Defendant.

Court File No. 02-CV-410 JNE/JSM

**DEFENDANT'S NOTICE OF MOTION FOR SANCTIONS EXCLUDING EVIDENCE AND DISMISSING PLAINTIFF'S CLAIMS**

---

TO: Plaintiff and its attorneys, Kevin J. Kennedy, Esq., Hanson Lulic & Krall, 608 Second Avenue South, Suite 700E, Minneapolis, MN 55402.

PLEASE TAKE NOTICE that Defendant Honeywell International Inc. will move the Court to for an order to sanction Plaintiff by excluding evidence and dismissing its claims against Honeywell at the United Stated District Court, District of Minnesota, Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, MN 55101, before the Honorable Joan N. Ericksen, in Courtroom 3, on the 27th day of June, 2005, at 9:30 a.m., or as soon thereafter as counsel may be heard.

**FLYNN, GASKINS & BENNETT, LLP**

Dated: March 31, 2005

s/ Scott M. Rusert
Scott M. Rusert, #231113
333 South Seventh Street
Suite 2900
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Defendant***
***Honeywell International Inc.***