**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Illinois Farmers Insurance Company,
As subrogee of
Paul Krawetz and Pamela Krawetz

Plaintiff,

vs.

Honeywell International Inc.,
A Delaware Corporation,

Defendant.

Court File No. 02-CV-410 JNE/JSM

**CERTIFICATE OF SERVICE**

---

I hereby certify that on March 31, 2005, I caused the following document(s):

1. Defendant's Motion for Sanctions Excluding Evidence and Dismissing Plaintiff's Claims; and
2. Defendant's Notice of Motion for Sanctions Excluding Evidence and Dismissing Plaintiff's Claims

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

1. kkennedy@hlk.com

Dated: March 31, 2005

**FLYNN, GASKINS & BENNETT, LLP**

Dated: March 31, 2005

s/ Scott M. Rusert
Scott M. Rusert, #231113
333 South Seventh Street
Suite 2900
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Defendant***
***Honeywell International Inc.***