UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ILLINOIS FARMERS INSURANCE CO., CIVIL NO. 02-410 (JNE/JSM)

Plaintiff,

v. ORDER

HONEYWELL INTERNATIONAL INC.,

Defendant.

IT IS HEREBY ORDERED that the settlement conference scheduled with the undersigned for April 7, 2005 is canceled. The settlement conference will not be rescheduled until this case is called for trial.

Dated: April 5, 2005

s/ Janie S. Mayeron
JANIE S. MAYERON
United States Magistrate Judge