**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Civil Trial Calendar**
**The Honorable Joan N. Ericksen**

You appear as counsel of record on one or more of the actions listed on the attached calendar.

The cases will be called for trial **Tuesday, July 5, 2005. This calendar will run through the week of July 11, 2005.**

All cases shall be deemed ready for immediate trial commencing **July 5, 2005,** and will be called for trial on an as-needed basis. If you have an unavoidable conflict, you shall **IMMEDIATELY** contact Mrs. Sheri L. Frette, Calendar Clerk for The Honorable Joan N. Ericksen, 778 Federal Courts Building, St. Paul, MN 55101, (651) 848-1230. Any questions regarding this calendar should be directed to Mrs. Frette.

**Under no circumstances will the failure to have completed the taking of depositions or other discovery be deemed justification for a delay or continuance.**

Please follow Rules 39.1 and 39.2 of this district's local rules concerning trial practice. Please read these rules carefully and comply fully as you prepare for trial.

**UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Dated: May 9, 2005..

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TRIAL CALENDAR COMMENCING Tuesday, July 5, 2005**
**at 9:30 a.m., before JUDGE JOAN N. ERICKSEN**
**in St. Paul, Minnesota**

---

**JURY TRIAL** **FAIR CREDIT**

1. Steven A. Sather and Kathleen M. Sather, — Thomas J. Lyons/ Thomas J. Lyons, Jr. 651/770-9707

v. 01cv1370 (JNE/JGL)

Steven J. Weintraut and Siegel, Bill, Greupner, Duffy & Foster — Susan K. Fitzke/ Thomas E. Propson 612/338-0661

**ESTIMATED TRIAL TIME:** 2 days

---

**JURY TRIAL** **CONTRACT**

2. Teleplus Consulting, Inc., — Christopher Sandberg 612/339-6900

v. 02cv212 (JNE/JGL)

Conseco Services LLC, — Jeffrey Dillen/Robert Cattanach/Shannon Heim 612/340-2600

**ESTIMATED TRIAL TIME: 5 days**

| | | | |
|---|---|---|---|
| ___**JURY TRIAL** | | **PERSONAL INJURY** | |
| 3. | Illinois Farmers Insurance Company | Kevin Kennedy/ Michael Benninghoff | 612/333-2530 |
| | v. 02cv410 (JNE/JSM) | | |
| | Honeywell International, Inc., | George Flynn/Scott Rusert | 612/333-9500 |
| | | **ESTIMATED TRIAL TIME: 4-5 days** | |

| | | | |
|---|---|---|---|
| **JURY TRIAL** | | **ERISA** | |
| 4. | Kenneth Connell, | Daniel Giles | 507/537-0591 |
| | v. 02cv938 (JNE/JGL) | | |
| | Hartford Life and Accident Company, | Eric Tostrud | 612/339-6900 |
| | | **ESTIMATED TRIAL TIME: 2 days** | |

| | | | |
|---|---|---|---|
| **JURY TRIAL** | | **INSURANCE** | |
| 5. | XL Specialty Insurance Company, | David Gregerson | 612/436-7474 |
| | v. 02cv481 (JNE/JGL) | | |
| | Paul S. Listul, Barbara J. Listul, | Pro Se | |
| | | **ESTIMATED TRIAL TIME: ½ day** | |

| **JURY TRIAL** | | | **TORTS** | |
|---|---|---|---|---|
| 6. | Larry E. and Karen Helwig, | | John G. Westrick | 651/292-9603 |
| | v. 02cv885 | (JNE/RLE) | | |
| | Tod Bork, B&S Tree Company and Bork Tree Farm, | | Bradley Kletscher Thomas Malone Kevin Hofstad 320/629-7537 | 763/780-8500 |
| | | | **ESTIMATED TRIAL TIME: 3-4 days** | |

| **COURT TRIAL** | | | **CONTRACT** | |
|---|---|---|---|---|
| 7. | Nebraska Beef Limited, | | Kevin Busch/Mark Peterson/Mathew Meyer | 612/347-0300 |
| | v. 01cv2375 | (JNE/JGL) | | |
| | Wells Fargo Business Credit, Inc., | | Charles Webber | 612/766-7000 |
| | | | **ESTIMATED TRIAL TIME: 3 days** | |