**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Illinois Farmers Insurance Company,
As subrogee of
Paul Krawetz and Pamela Krawetz

Plaintiff,

vs.

Honeywell International Inc.,
A Delaware Corporation,

Defendant.

Court File No. 02-CV-410 JNE/JSM

**AFFIDAVIT OF SCOTT M. RUSERT**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Scott M. Rusert, being first duly sworn on oath, deposes and states:

1. I am one of the attorneys for Honeywell International Inc. ("Honeywell") in the above-captioned matter.

2. I make this affidavit in support of Honeywell's Motion for Sanctions and Dismissal of the Suit.

3. Attached hereto are true and correct copies of the following Exhibits:

Exhibit A Complaint

Exhibit B Excerpts of the relevant portions of the Deposition transcript of Richard Rush, taken on November 22, 2002, along with relevant Exhibits

| | |
|---|---|
| Exhibit C | Excerpts of the relevant portions of the Deposition transcript of Robert B. Whitemore, CFI, taken on November 21, 2002, along with relevant Exhibits |
| Exhibit D | Excerpts of the relevant portions of the Deposition transcript of Paul Krawetz, taken on October 23, 2002, along with relevant Exhibits |
| Exhibit E | Excerpts of the relevant portions of the Deposition transcript of Dan Choudek, taken on November 21, 2002, along with relevant Exhibits |
| Exhibit F | A true and correct copy of a letter from Kevin J. Kennedy, attorney for Illinois Farmers Insurance Company, to George Van Kula, Esq., Honeywell Vice-President and General Counsel, dated March 8, 2001 |
| Exhibit G | Excerpts of the relevant portions of the Deposition transcript of Daniel Churchward, taken on December 11, 2002 |
| Exhibit H | True and correct copies of excerpts from *NFPA 921: Guide for Fire and Explosion Investigations* (1998) |
| Exhibit I | *Fischer v. Rheem Mfg. Co.*, 2004 WL 1088328 (D.Minn. May 13, 2004). |
| Exhibit J | *Regent Ins. Co. v. Candle Corp. of America*, 2004 WL 2713251 (D.Minn. Nov. 24, 2004). |

Exhibit K *Fakhro v. Mayo Clinic Rochester,* 2004 WL 909740 (D.Minn. March 31, 2004).

Exhibit L *Dodd v. Leviton Mfg. Co*., 2003 WL 21147151 (Minn.Ct.App. May 20, 2003).

Exhibit M *Auto-Owners Inc. v. Haggie's House of Pizza, Inc*., 2003 WL 22293643 (Minn.Ct.App. Oct. 7, 2003).

FURTHER AFFIANT SAYETH NOT.

Dated: May 13, 2005

s/Scott M. Rusert
Scott M. Rusert

Subscribed and sworn to before me
this 13th day of May, 2005

s/Tammy T. Wittbecker
Notary Public