W&W File #00-M023 Claim #U4175942 Refer to Previous Photo #8

Photo #9



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023 Claim # U4175942

Insured: Paul and Pamela Krawetz

Location/View: 452 Wyoming Street East
St. Paul, MN 55107

Date/Time: February 2, 2000

By: Robert B. Whitemore, CFI

Photo No. 10

Comments: This photograph is looking east and depicts a view of the sunroom as taken from the living room.

---



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023 Claim # U4175942

Insured: Paul and Pamela Krawetz

Location/View: 452 Wyoming Street East
St. Paul, MN 55107

Date/Time: February 2, 2000

By: Robert B. Whitemore, CFI

Photo No. 11-17

Comments: This series of photographs depict views looking west as taken from the east side of the living room. The photographs are focusing on the northwest corner of the living room where a thermostat was originally located. The thermostat was mounted into the west wall of the northwest corner of this room where it appears it initiating this fire.

---



Photo #12



Photo #13



W&W File #00-M023 Claim #U4175942 Refer to Previous Photo #11



Photo #14

Photo #15



W&W File #00-M023 Claim #U4175942 Refer to Previous Photo #11



Photo #16

Photo #17



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023 Claim # U4175942

| | |
|---|---|
| Insured: | Paul and Pamela Krawetz |
| Location/View: | 452 Wyoming Street East<br>St. Paul, MN 55107 |
| Date/Time: | February 2, 2000 |
| By: | Robert B. Whitemore, CFI |
| Photo No. | 18-19 |
| Comments: | This series of photographs focus on the area where the thermostat was installed at the time of the fire. |

---



Photo #19



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023 Claim # U4175942

| | |
|---|---|
| Insured: | Paul and Pamela Krawetz |
| Location/View: | 452 Wyoming Street East<br>St. Paul, MN 55107 |
| Date/Time: | February 2, 2000 |
| By: | Robert B. Whitemore, CFI |
| Photo No. | 20 |
| Comments: | This photograph depicts the location of a small chest that was located at floor level at the time of the fire. The chest removed and discarded prior to this investigation. |



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023 Claim # U4175942

| | |
|---|---|
| Insured: | Paul and Pamela Krawetz |
| Location/View: | 452 Wyoming Street East<br>St. Paul, MN 55107 |
| Date/Time: | February 2, 2000 |
| By: | Robert B. Whitemore, CFI |
| Photo No. | 21-22 |
| Comments: | This series of photographs depict the area directly above the thermostat location in the northwest corner of the living room. The photographs depict the stud space at the top of the wall where the thermostat was installed. The photographs reveal a circuit extending into the stud space however, there is no fire within the stud space. |



Photo #22



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023 Claim # U4175942

Insured: Paul and Pamela Krawetz

Location/View: 452 Wyoming Street East
St. Paul, MN 55107

Date/Time: February 2, 2000

By: Robert B. Whitemore, CFI

Photo No. 23-24

Comments: This series of photographs depict views of the northwest bedroom on the first floor.

---



Photo #24



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023 Claim # U4175942

| | |
|---|---|
| Insured: | Paul and Pamela Krawetz |
| Location/View: | 452 Wyoming Street East<br>St. Paul, MN 55107 |
| Date/Time: | February 2, 2000 |
| By: | Robert B. Whitemore, CFI |
| Photo No. | 25-27 |
| Comments: | This series of photographs depict views of the wall opposite the west wall of the living room. This is taken within the northwest bedroom on the first floor. The photograph is looking east at the wall which is common with the northwest corner of the living room. |



Photo #26

