Photo #27



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023 Claim # U4175942

Insured: Paul and Pamela Krawetz

Location/View: 452 Wyoming Street East
St. Paul, MN 55107

Date/Time: February 2, 2000

By: Robert B. Whitemore, CFI

Photo No. 28-29

Comments: This series of photographs depict views of the master bedroom located on the south end of the building.

---



W&W File #00-M023 Claim #U4175942 Refer to Previous Photo #28

Photo #29



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023 | Claim # U4175942

Insured: Paul and Pamela Krawetz
Location/View: 452 Wyoming Street East
St. Paul, MN 55107
Date/Time: February 2, 2000
By: Robert B. Whitemore, CFI

Photo No. 30-31

Comments: This series of photographs depict views of the master bathroom on the first floor of the residence.

---



Photo #31



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023 Claim # U4175942

Insured: Paul and Pamela Krawetz
Location/View: 452 Wyoming Street East
St. Paul, MN 55107
Date/Time: February 2, 2000
By: Robert B. Whitemore, CFI

Photo No. 32-35

**Comments:** This series of photographs depict the circuit breaker panel located within the master bedroom on the first floor of the Krawetz residence.

---






Photo #33



Photo #34

Photo #35



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023 Claim # U4175942

| | |
|---|---|
| Insured: | Paul and Pamela Krawetz |
| Location/View: | 452 Wyoming Street East<br>St. Paul, MN 55107 |
| Date/Time: | February 2, 2000 |
| By: | Robert B. Whitemore, CFI |
| Photo No. | 36 |
| Comments: | This photograph depicts a view of the stairway leading from the first floor to the basement. |

---



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023 Claim # U4175942

| | |
|---|---|
| Insured: | Paul and Pamela Krawetz |
| Location/View: | 452 Wyoming Street East<br>St. Paul, MN 55107 |
| Date/Time: | February 2, 2000 |
| By: | Robert B. Whitemore, CFI |
| Photo No. | 37 |
| Comments: | This photograph depicts a view of the basement area of the Krawetz residence. |



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023 Claim # U4175942

| | |
|---|---|
| Insured: | Paul and Pamela Krawetz |
| Location/View: | 452 Wyoming Street East<br>St. Paul, MN 55107 |
| Date/Time: | February 2, 2000 |
| By: | Robert B. Whitemore, CFI |
| Photo No. | 38-41 |
| Comments: | This series of photographs depict views of the natural gas fired forced air furnace located within the basement of the Krawetz residence. |

---



Photo #39



W&W File #00-M023 Claim #U4175942 Refer to Previous Photo #38

Photo #40



Photo #41



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023

Claim # U4175942

Insured: Paul and Pamela Krawetz

Location/View: 452 Wyoming Street East
St. Paul, MN 55107

Date/Time: February 2, 2000

By: Robert B. Whitemore, CFI

Photo No. 42

Comments: This photograph depicts the terminal locations for the thermostat which would have operated the forced air furnace at the time of the fire.

