# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023 Claim # U4175942

| | |
|---|---|
| Insured: | Paul and Pamela Krawetz |
| Location/View: | 452 Wyoming Street East<br>St. Paul, MN 55107 |
| Date/Time: | February 2, 2000 |
| By: | Robert B. Whitemore, CFI |
| Photo No. | 43 |
| Comments: | This photograph depicts a natural gas fired water heater located in the basement of the Krawetz residence. |

---



# INVESTIGATION PHOTOGRAPHS

W&W File #00-M023

Claim # U4175942

| | |
|---|---|
| Insured: | Paul and Pamela Krawetz |
| Location/View: | 452 Wyoming Street East<br>St. Paul, MN 55107 |
| Date/Time: | February 2, 2000 |
| By: | Robert B. Whitemore, CFI |
| Photo No. | 44-45 |
| Comments: | This series of photographs depict views of the discarded chest which was located in the northwest corner of the living room near the area of origin. |

---



Photo #45






| | |
|---|---|
| JOB NAME: | PAUL & PAMELA KRAWETZ |
| LOCATION: | 452 WYOMING STREET EAST<br>ST. PAUL, MN 55107 |
| DATE OF LOSS: | 1-27-00 |
| W & W FILE #: | 00-M023 |

WARD & WHITEMORE
U   ERSAL FIRE CONSULTANTS

Ward & Whitemore Universal Fire Consultants
P.O. Box 475
Prior Lake, MN 55372
Federal ID #41-1827463

EXHIBIT
tabbies
10 R
Whitemore

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/4/2000 | 00-M23B |

BILL TO
Farmers Insurance Group
Attn: Paul Sevald
P.O. Box 1526
Burnsville, MN 55337

| INSURED | TERMS | INVESTIGATOR | CLAIM # |
|---|---|---|---|
| Paul Krawetz | Net 15 | RBW | U4175942 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Travel To/From St.Paul Fire Department, Pick Up Evidence, Return to Elko, Log into Evidence (Split w/ 2nd File) | 1.5 | 90.00 | 135.00T |
| Evidence Retention Fee | | 120.00 | 120.00 |
| Mileage (Split w/ 2nd File) | 28 | 0.40 | 11.20 |
| Administrative Expense | | 41.25 | 41.25 |
| Minnesota Department of Revenue | | 6.50% | 8.78 |

Thank you for your business.

A service charge of 1 1/2% per month will be ...ed on all past due accounts

**Total** $316.23

**WARD & WHITEMORE**
**UNIVERSAL FIRE CONSULTANTS**

6610 240TH STREET EAST
ELKO, MN 55020
TELEPHONE: 612.461.7000
FACSIMILE: 612.461.7100

JACKSONVILLE MINNEAPOLIS CINCINNATI
DALLAS/FORT WORTH TALLAHASSEE
MIAMI LOS ANGELES

# Fax

FAXED By: Zavin Date: 2/2/99

| | | | |
|---|---|---|---|
| **To:** | Mr. Dick Rush / Hotel Guest | **From:** | Robert B. Whitemore, CFI |
| **Fax:** | | **Pages:** | 2 |
| **Phone:** | | **Date:** | 2/2/00 |
| **Re:** | | **CC:** | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

## FIRE INVESTIGATION STATUS REPORT

**RE: PAUL KRAWETZ, 452 WYOMING STREET E. , ST. PAUL, MN**
**CLAIM # U4175942 DOL: 1/27/00 W&W FILE NO. 00M023**

Dick:

I inspected the above captioned loss on 2/2/00. The risk consisted of a one story, wood frame, single family dwelling. At the time of the fire your insured, Paul Krawetz, his wife and son were not present at the residence. Kawetz was the last individual to leave the residence at ~2:30 PM. He returned home at ~4:30 PM and found the St. Paul FD and St. Paul PD on site.

The fire originated within the living room on the 1st floor of the residence. The origin of the fire was near the NW corner of the room. The area of origin appeared to be along the west wall of the room involving an area where a thermostat for the HVAC system was located. The thermostat was believed to be a Honeywell programmable digital thermostat with a backup 9 volt battery. The thermostat was retained by the St. Paul Fire Department.

I will contact the St. Paul FD and attempt to gain possession of the thermostat. I will keep you advised of my progress.

Bob Whitemore, CFI

EXHIBIT
tabbies
11 PC
Whitemore

6610 240th Street East
Elko, MN 55020
Telephone: 952.461.7000
Facsimile: 952.461-7100

JACKSONVILLE MINNEAPOLIS CINCINNATI
DALLAS/FORT WORTH TALLAHASSEE
MIAMI

**Ward & Whitemore Universal Fire Consultants, Inc.**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Dick Rush | **From:** | Pam Whitemore |
| **Fax:** | 218-894-0388 | **Pages:** | 2 |
| **Phone:** | | **Date:** | August 23, 2000 |
| **Re:** | Paul & Pamela Krawetz | **CC:** | |

8/23/00

☐ **Urgent** ☑ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

Re: Paul & Pamela Krawetz
452 Wyoming Street East, St. Paul, Minnesota
Date of Loss: January 27, 2000
Claim #U4175942
W&W File #00-M023

Mr. Rush:

Per your request attached please find the correspondence regarding the retention of evidence in the aforementioned file. Mr. Sevald of the Branch Claims Office contacted Robert Whitemore directly and requested that we make arrangements to transfer the evidence held by the St. Paul Fire Department to Ward & Whitemore UFC. Those arrangements were made and notification was sent to Mr. Sevald advising him when this transfer was complete and what next course of action he desired.

If you should have any questions please feel free to contact me.

EXHIBIT
tabbies
12 Pc
Whitemore

# EVIDENCE RELEASE

Re: **Farmers Insurance Group**
**Paul and Pamela Krawetz**
**452 Wyoming Street East**
**St. Paul, MN 55107**
**Date of Loss: January 27, 2000**
**W & W File #00-M023**

I, Stuart L. Bestland of Ward & Whitemore Universal Fire Consultants, am releasing evidence in the above-captioned fire loss to **Dan Choudek of Onsite Engineering & Forensic Services, Inc. on September 12, 2000.**

Items released:

Item #1 Thermostat
Item #2 Transformer

Further, Dan Choudek will report directly to Dick Rush, Farmers Insurance Group, R.R. #2, P.O. Box 52, Bagley, MN 56621; telephone (218) 694-6378, and Ward & Whitemore Universal Fire Consultants, Inc. with his findings.

Stuart Bestland /kel
Stuart L. Bestland
Ward & Whitemore
Universal Fire Consultants, Inc.

Todd Hartzler
~~Dan Choudek~~
OnSite Engineering and Forensic Svc.

EXHIBIT
tabbies
13 PC
Whitemore



EXHIBIT
tabbies
14 P
Whitemore

(1)



3







(5)





7







(17)







13





15



