














#3 Kitchen
Outlets
10

chen
lets
St Pd
Whirlpool
Rm



