











3



31




TELEVISEUR
COULEUR







