# EXHIBIT D

COPY



UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - -

Illinois Farmers Insurance Company,
as subrogee of Paul Krawetz and
Pamela Krawetz,

Plaintiff,

vs. No. 02-410 JEL/JGL

Honeywell International, Inc.,
a Delaware corporation,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF

PAUL KRAWETZ

OCTOBER 23, 2002

11:40 A.M.

Margaret A. Stewart
KINSELLA, HARTIGAN & KELZER, INC.
632 Midland Bank Building
Minneapolis, Minnesota 55401
Telephone (612) 339.6132
Facsimile (612) 339.1986

Q. Do you know what Teflon tape is?
A. Oh, yes.
Q. Does that look like maybe there's a roll of Teflon tape on the floor there in front of the furnace, too?
A. That is Teflon tape, it looks like.
Q. Do you know how those things came to be on the floor in front of the furnace?
A. I don't know. It was pretty messy down there.
Q. Was the furnace typically kept with the cover off?
A. No. No.
Q. Had anybody been doing any work on the furnace at the time of this fire or before the fire?
A. No.
Q. You had someone in to, as I understand it, replace the furnace after the fire; is that right?
A. Yes.
Q. Was that Hinding?
A. Hinding, yes.
Q. Okay. When did Hinding first come onto the scene?
A. They came on right away, and they tried to get it fired up, I believe.

Q. When was that?
A. That was within hours, I think.
Q. And they tried to get the furnace fired up, you said?
A. I believe so. We were trying to get heat into the house so nothing would freeze.
Q. All right. And the thermostat was gone, right, after the fire?
A. Yes. That was toasted.
Q. So, do you know if Hinding put on a new thermostat?
A. Yes. They would had to have.
Q. Okay.

(Krawetz Deposition Exhibit No. 17 was marked for identification.)

BY MR. RUSERT:
Q. Who called Hinding to have them come out to the house? Did you?
A. Yes.
Q. How did you come to contact Hinding?
A. I was just referred to them.
Q. You were referred to them?
A. Yes.
Q. By who?
A. My brother.

Q. Jim?
A. Yes.
Q. Okay. I'm going to show you what we've marked as Exhibit 17. I'll represent to you that that was included in some documents that were provided with a thing designated as your -- the Expert Disclosure of Paul Krawetz in this case.
A. Okay.
Q. That's looks like a work order from Hinding; is that correct?
A. Yes, it is.
Q. The date of that work order is February 2, 2000?
A. Yes, looks that way.
Q. Did I say February 2?
A. 2.10.
Q. I meant 2.10, 2000. That's what it says, correct?
A. Yeah.
Q. And this fire happened on the 27th of January; is that right?
A. Yes.
Q. Okay. So, this work order's about two weeks after the fire, correct?

A. Yes.
Q. Okay. Now, do you think Hinding came out at some point between the fire and this work order of February 10?
A. Seems like it.
Q. But you don't recall?
A. I don't recall the times in between. It seemed like it was shorter than that, but maybe it wasn't.
Q. Okay. Now, it says on there -- the description of some work in the middle of that exhibit says, found 24 volt transformer bad, dash, replaced. Did I read that right?
A. That's what it looks like.
Q. Okay. Do you know what that's about?
A. I'm not sure.
Q. Do you have an idea of what it's about? You said you're not sure. Do you have some thoughts that you're just not sure of?
A. I'm just going back in my mind now. Sounds reasonable.
Q. Okay. But what does it mean? Do you know what it means, what that 24 volt transformer is?
MR. KENNEDY: I'll object on foundation. Go ahead and answer if you can.

BY MR. RUSERT:

Q. Do you know what a 24 volt transformer is that they're talking about?

A. It sounds like it's something on a furnace.

Q. Okay. Did they talk to you about taking anything that was bad out of the furnace?

A. They might have.

Q. Okay. You just don't recall as you sit here?

A. No.

Q. Okay. It also says, replace T87 heat stat, right below that. Did I read that correctly?

A. Yes.

Q. Do you know what that means?

A. Thermostat.

Q. Okay.

A. T would be thermostat.

Q. So, that's when they replaced the thermostat, it looks like, according to this work order; is that right?

A. Yes.

Q. Okay. Do you know if they -- did they give you that 24 volt transformer that was bad and replaced that says in there?

A. I'm not sure.

Q. Do you recall Hinding giving you anything that

they took out of the furnace when they came out after the fire?
A. I might have told them to save something for the --
Q. For the what?
A. For the insurance company, for the fire department. I think the fire department ended up with it. I'm really not sure because they wanted anything to do with it.
Q. Anything to do with the furnace?
A. Anything to do with anything.
Q. So, if anything was taken out of the house, it was -- the fire department wanted it?
A. They wanted to know, yes.
Q. Okay.
A. I believe so.
Q. So, did you contact the fire department and tell them that a transformer had been taken out of the furnace?
A. I may have. It was kind of fuzzy there. Doing a lot of things at one time.
Q. You may have, you just don't recall?
A. Don't recall.
Q. Okay. Is it your best recollection that you did? More likely than not?

A. Well, it sounds reasonable. There was a lot of things coming and going at one time there.
Q. Sure. Do you know if the fire department came and got it?
A. I'm not sure.
Q. Or if you took it to the fire department?
A. I wouldn't have taken it to them.
Q. Okay. Do you recall Hinding being there on more than one occasion after this fire?
A. Oh, yes.
Q. About how many times do you recall them being out there?
A. I believe two or three times.

(Krawetz Deposition Exhibit No. 18 was marked for identification.)

BY MR. RUSERT:

Q. Showing you what we've marked as Exhibit 18, again, I'll represent to you that that was among the documents that were in the document produced to us described as Expert Disclosure of Paul Krawetz. Does that appear to be another job work order from Hinding?
A. Yes, it does.
Q. Okay. This one's dated February 16 of 2000, correct?

A. Yes, it is.
Q. Okay. Do you recall Hinding giving you these -- copies of these work orders when they were out there or at some point afterwards?
A. Yes, I believe so. That's why they're here.
Q. Right. So, you've seen these before?
A. Yes.
Q. Both this and what we've marked as Exhibit 17 you've seen before, correct?
A. Yes, I apparently have.
Q. In the work -- or description of work on Exhibit 18, first entry says, replace main circuit board. Did I read that right?
A. That's what it says.
Q. Earlier you had talked about thinking that the circuit board had come out of the furnace. Does this refresh your recollection of that?
A. Control board.
Q. Oh, you said control board. All right.
A. That's what it is.
Q. You understand this to be the control board of the furnace?
A. Yes.
Q. What do you recall about Hinding taking that out, if anything?

A. I might have asked them to save it. I'm not sure because I was asked to --
Q. Sure. Well, they were out there on February 10 and took out a transformer and put in a thermostat, as we saw in job order -- on Exhibit No. 17. Do you know why Hinding came back out on February 16 of 2000 and replaced a main circuit board?
A. I don't think the furnace was up and running here on the 2nd.
Q. Okay. On the 10th, you mean?
A. On the 10th. At 2.10. Like I say, there was a lot of things going on. I don't remember everything as it happened, you know.
Q. Was this a situation where maybe they got the furnace up and running, but then you were still having problems with it, so you called them back out? Does that ring a bell to you at all?
A. No, it doesn't.
Q. Okay. Then on that Exhibit 18, down towards the bottom it says, install Thermal Pride CHB075N gas design furnace. Prices include removal old furnace, all piping and wiring. Did I read that correctly?
A. Yes, I believe so.

**HINDING HEATING & AIR, INC.**
915 W. 7th Street
ST. PAUL, MINNESOTA 55102
(651) 228-1303

**JOB WORK ORDER**
**S 62935**

DATE OF ORDER: 2-10-2000

| CUSTOMER'S ORDER NO. | PHONE | MECHANIC | HELPER | STARTING DATE |
|---|---|---|---|---|
| | 651-231-2594 | PAT | | / / |

BILL TO: Jim Krawitz

ORDER TAKEN BY:

ADDRESS: 452 E Wyoming

CITY: 55107

☐ DAY WORK
☐ CONTRACT
☐ EXTRA

JOB NAME AND LOCATION:

JOB PHONE:

DESCRIPTION OF WORK: FURNACE / BOILER / AIR CONDITIONER

MODEL#  SERIAL#

Found 24 volt Trans Furnace
BAD - Replaced
Replaced T87 Heat Stat

PAID in Full ✓ 666

| | |
|---|---|
| Tran | 45.00 |
| T stat | 42.00 |

| | |
|---|---|
| TOTAL MATERIALS | 87.00 |
| TOTAL LABOR | 74.00 |
| TAX | |
| TOTAL AMOUNT | 166.00 |

DATE COMPLETED: / /

WORK ORDERED BY:

☐ No one home ☐ Total amount due for above work; or ☐ Total billing to be mailed after completion of work

Signature ______________________

PRODUCT 5556

I hereby acknowledge the satisfactory completion of the above described work.

**DEPOSITION EXHIBIT**
Paul Krawetz-17
10.23.02 PS

**HINDING HEATING & AIR, INC.**
915 W. 7th Street
ST. PAUL, MINNESOTA 55102
(651) 228-1303

SAVE

# JOB WORK ORDER

S 62916

DATE OF ORDER: 2-16-2000

| CUSTOMER'S ORDER NO. | PHONE | MECHANIC | HELPER | STARTING DATE |
|---|---|---|---|---|
| | 224-8528 | PA | | / / |

ORDER TAKEN BY:

BILL TO: Paul Krawetz

ADDRESS: 364 MacCallister

CITY: ST PAUL 55105

☐ DAY WORK
☐ CONTRACT
☐ EXTRA

JOB NAME AND LOCATION: 452 E Wyoming

JOB PHONE:

DESCRIPTION OF WORK:
FURNACE / BOILER / AIR CONDITIONER
MODEL# SERIAL#

Replace main circuit Board

PAID IN FULL 6650

4722445-01

INSTALL Thermal pride CHB075N gas Design furnace
Prices include Removal old furnace All piping Duct work

3100

| | |
|---|---|
| TOTAL MATERIALS | 1650.00 |
| TOTAL LABOR | 123.00 |
| | |
| TAX | |
| TOTAL AMOUNT | $7588.00 |

DATE COMPLETED: / /

WORK ORDERED BY: NSP Rebate 150

☐ No one home
☐ Total amount due for above work; or
☐ Total billing to be mailed after completion of work

Signature ____________________

I hereby acknowledge the satisfactory completion of the above described work.

PRODUCT 5556

DEPOSITION EXHIBIT
Paul Krawetz-18
10.23.02 PS

HINDING HEATING & AIR COND., INC.
915 W. 7th Street
ST. PAUL, MINNESOTA 55102
651 ~~(612)~~ 228-1303

# JOB WORK ORDER

13542

DATE OF ORDER: 2-8-00

| CUSTOMER'S ORDER NO. | PHONE | MECHANIC'S | HELPER | STARTING DATE |
|---|---|---|---|---|
| Paul | 224-0528 | Tom | John | 2/17/00 |

BILL TO: ~~Jim Krawetz~~

ORDER TAKEN BY: Pat

ADDRESS: 364 - Macalester

CITY: St. P. 55105

☐ DAY WORK
☐ CONTRACT
☐ EXTRA

JOB NAME AND LOCATION: 452 - E. Wyoming 55107 Paul's cell

JOB PHONE: 612-581-5282

DESCRIPTION OF WORK:
FURNACE / BOILER / AIR CONDITIONER Jim's 612-670-5004

MODEL# SERIAL#

CHB075N - Ser. # 89194

20' - PVC - 2"

Paid in Full $2812.00

Check # 6651

$ 3100.00

- Ck. # 6650 - 288.00 - Tek. # 562916

2812.00

Yrs parts & labor - 10 warranty
Lifetime Heat Exchanger

| | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL LABOR | |
| TAX | |
| TOTAL AMOUNT | $2812.00 |

DATE COMPLETED: / /

WORK ORDERED BY:

Signature [signature] R Krawetz

☐ No one home ☐ Total amount due for above work: or ☐ Total billing to be mailed after completion of work

I hereby acknowledge the satisfactory completion of the above described work.

DEPOSITION EXHIBIT
Paul Krawetz-19
10.23.02 PS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Illinois Farmers Insurance Company, as subrogee of Paul Krawetz and Pamela Krawetz,

Plaintiff,

vs.

Honeywell International Inc., a Delaware Corporation,

Defendant.

Court File No.: 02-410 JMR/FLN

**PLAINTIFF'S RULE 26(a)(2)(B) EXPERT DISCLOSURE OF PAUL KRAWETZ**

1. **NAME OF WITNESS:**

Paul Krawetz
452 Wyoming Street East
St. Paul, MN 55107

2. **QUALIFICATIONS:**

I have no formal training or license in general contracting and/or home improvement or repair. However, I have long experience in the home repair process; therefore, I served as general contractor in the rebuilding of our home and performed the majority of the repair work.

3. **COMPENSATION:**

None.

4. **EXPERT TESTIMONY AT TRIAL / DEPOSITION WITHIN PRECEDING FOUR YEARS:**

None.

DEPOSITION EXHIBIT
Paul Krawetz-21
10.23.02 PS

5. STATEMENT OF OPINIONS TO BE EXPRESSED AND THE BASIS AND REASONS THEREFOR:

After the fire at my residence occurred on January 27, 2000, I worked with the adjuster retained by Illinois Farmers Insurance Company, Richard Rush ("Rush"), in order to determine the cost to replace the damaged structure and its damaged contents.

Rush prepared an itemized listing of the cost of repair to the building, attached as Exhibit A. Rush determined the replacement cost value of the building to be $89,297.60. Factoring in the depreciation of the building in the amount of $11,634.91, the actual cash value of the building was $77,662.69. I consider the replacement cost value and actual cash value estimates of repair to the building prepared by Rush to be accurate and reasonable.

In the six months after the January 27, 2000, fire, I performed the repairs as itemized and described in Exhibit A. I performed the majority of the repair work myself; however, I also utilized subcontractors to perform certain professional repairs. The identities of the subcontractors are listed below:

1. Furnace repair:

   Hinding Heating & Air
   915 West 7th Street
   St. Paul, MN 55102

   **Total cost: $3,266.00 (see attached Exhibit B)**

2. Electrical and wiring repair:

   Allan Coates Electrical, Inc.
   P.O. Box 18397
   West St. Paul, MN 55118

   **Total cost: $4,500.00 (see attached Exhibit C)**

3. Plumbing repair:

John Easton
Phone: 474-7226

**Total cost: $2,680.00 (see attached Exhibit D)**

4. Insulation installation:

Tom Klosowski
1191 Margaret Street
St. Paul, MN 55106

**Total cost: $2,400.00 (see attached Exhibit E)**

5. Tin work:

Tom Carlson
4909 Bald Eagle Avenue
St. Paul, MN 55110

**Total cost: $400.00**

6. Carpeting:

Ken Deyo
1871 Walnut Street
St. Paul, MN 55113

**Total cost: $2,320.00**

The combined expense of 1) subcontracting professional services and 2) materials I purchased in order to complete the majority of the repairs to the house, exceeded, by approximately $25,000.00, Rush's actual cash value estimate of $77,662.69.

Regarding the contents of the residence: in the days and weeks after the January 27, 2000 fire, I worked with Rush to prepare an itemized inventory of damaged contents as well as their estimated replacement cost. The contents inventory prepared by Rush is attached as Exhibit F. Rush estimated the total replacement

cost value of the damaged contents to be $33,722.03. After calculating depreciation, Rush estimated the total actual cash value of the damaged contents to be $28,908.79. I consider these replacement cost value and actual cash value estimates of the contents of the residence to be accurate and reasonable.

In the course of replacing our damaged contents, we incurred expenses which met or exceeded Rush's actual cash value estimate of $28,908.79.

Regarding our additional living expenses incurred while displaced from our home, the invoices regarding our additional living expenses are attached as Exhibit G.

We lodged at the Residence Inn in Eagan from January 31, 2000 through February 5, 2000; then Illinois Farmers Insurance Company arranged for a rental house through CRS Temporary Housing for the rental period of February 4, 2000 through the end of April, 2000. Our additional living expenses for the period of January 31, 2000 through the end of April, 2000 totaled $11,417.30. I consider this amount to be reasonable considering the circumstances.

6. **DATA OR OTHER INFORMATION CONSIDERED BY THE WITNESS:**

See the data and information outlined in the above section.

Dated: August 29 2002 [signature]
Paul Krawetz

G:\JLK\17445\PLDG\Krawetzexpdiscles.wpd

Room: ENTRY LxWxH: 13'2" x 5'4" x 8'0"
Missing Wall: 1 - 8'0" x 6'6" Opens into E Goes to Floor
Missing Wall: 1 - 4'3" x 3'8" Opens into E
Missing Wall: 1 - 12'0" x 4'6" Opens into E

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Wood window - casement, 12 - 23 sf | 4 EA | 474.22 | 1,896.88 | 274.06 | 1,622.82 |
| R&R Window blind - horizontal or vertical - Large | 4 EA | 77.28 | 309.12 | 43.45 | 265.67 |
| R&R Window trim set (casing & stop) | 31.64 LF | 3.41 | 107.89 | 15.05 | 92.84 |
| Stain & finish window trim & jamb (per side)windows | 4 EA | 16.91 | 67.64 | 10.15 | 57.49 |
| R&R Exterior door - metal - insulated - flush or panel style | 1 EA | 298.47 | 298.47 | 42.90 | 255.57 |
| R&R Door lockset - exterior | 1 EA | 33.08 | 33.08 | 4.51 | 28.57 |
| R&R Deadbolt | 1 EA | 39.67 | 39.67 | 5.49 | 34.18 |
| NO EXISTING TRIM ON DOOR/DOOR NOT PAINTED | | | | | |
| R&R T & G paneling - knotty pine paneling (unfinished) | 71 SF | 4.97 | 352.87 | 51.33 | 301.54 |
| R&R T & G paneling - knotty pine paneling (unfinished) | 174 SF | 4.97 | 864.78 | 125.80 | 738.98 |
| Stain & finish paneling | 245 SF | 0.90 | 220.50 | 33.08 | 187.42 |
| R&R Batt insulation - 12" - R38/flat roof | 71 SF | 1.41 | 100.11 | 12.57 | 87.54 |
| R&R Batt insulation - 4" - R11 | 174 SF | 0.66 | 114.84 | 13.05 | 101.79 |
| R&R Underlayment - 1/4" lauan/mahogany plywood | 71 SF | 1.27 | 90.17 | 11.93 | 78.24 |
| R&R Resilient (v/a type) tile flooring | 71 SF | 1.99 | 141.29 | 16.83 | 124.46 |
| R&R Shelving - 12" - in place - stain grade | 26 LF | 9.29 | 241.54 | 35.33 | 206.21 |
| Stain & finish wood shelving, 12"- 24" width | 26 LF | 1.47 | 38.22 | 5.73 | 32.49 |

Farmers

Paul E And Pamela M Krawetz 02/23/2000 Page:3

Room: LIVING ROOM LxWxH: 25'0" x 12'6" x 7'0"
Missing Wall: 1 - 8'0" x 6'6" Opens into E Goes to Floor
Missing Wall: 1 - 9'0" x 6'6" Opens into E
Missing Wall: 1 - 12'6" x 7'0" Opens into E Goes to Floor/Ceiling

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Exterior door - metal - insulated - flush or panel style | | | | | |
| | 1 EA | 298.47 | 298.47 | 42.90 | 255.57 |
| R&R Door lockset - exterior | | | | | |
| | 1 EA | 33.08 | 33.08 | 4.51 | 28.57 |
| NO EXISTING TRIM OR PAINT ON EXTERIOR DOOR. | | | | | |
| R&R Deadbolt | | | | | |
| | 1 EA | 39.67 | 39.67 | 5.49 | 34.18 |
| R&R T & G paneling - knotty pine paneling (unfinished) | | | | | |
| | 133.5 SF | 4.97 | 663.50 | 96.52 | 566.98 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | | | | | |
| | 516 SF | 1.48 | 763.68 | 102.17 | 661.51 |
| Paint more than the ceiling - two coats | | | | | |
| | 516 SF | 0.37 | 190.92 | 28.64 | 162.28 |
| Stain & finish paneling | | | | | |
| | 133.5 SF | 0.90 | 120.15 | 18.02 | 102.13 |
| Seal/prime the floor - one coat odor control | | | | | |
| | 313 SF | 0.22 | 68.86 | 10.33 | 58.53 |
| R&R Blown-in insulation - 16" depth - R50 | | | | | |
| | 313 SF | 2.14 | 669.82 | 64.79 | 605.03 |
| R&R Batt insulation - 4" - R11 | | | | | |
| | 87.5 SF | 0.66 | 57.75 | 6.56 | 51.19 |
| Remove Carpet - (material and labor) | | | | | |
| | 30.66 SY | 1.42 | 43.54 | | 43.54 |
| Carpet - (material and labor)275.94 sq ft at $2.26332 | | | | | |
| | 30.66 SY | 20.37 | 624.54 | 93.68 | 530.86 |
| R&R Carpet pad-(material and labor) 275.94 sq ft at $.445568 | | | | | |
| | 30.66 SY | 4.01 | 122.95 | 15.87 | 107.08 |
| Remove Resilient (v/a type) tile flooring/remove | | | | | |
| | 313 SF | 0.41 | 128.33 | | 128.33 |
| R&R Door lockset - interior - High grade | | | | | |
| | 2 EA | 37.66 | 75.32 | 10.40 | 64.92 |
| R&R Interior door - panel - stain grade hardwood jamb & casing | | | | | |
| | 2 EA | 363.58 | 727.16 | 107.21 | 619.95 |
| Stain & finish door/window trim & jamb (per side) | | | | | |
| | 4 EA | 16.91 | 67.64 | 10.15 | 57.49 |
| Stain & finish door (per side) | | | | | |
| | 4 EA | 32.50 | 130.00 | 19.50 | 110.50 |
| R&R walk thru opening trim (jamb & casing) to dinning room and entry. | | | | | |
| | 2 EA | 248.84 | 497.68 | 73.50 | 424.18 |
| walk thru opening trim, jamb and casing | | | | | |
| | 2 EA | 16.91 | 33.82 | 5.07 | 28.75 |

Continued - LIVING ROOM

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Shelving - 12" - in place | 12 LF | 4.62 | 55.44 | 8.01 | 47.43 |
| Stain & finish wood shelving, 12"- 24" width | 12 LF | 0.67 | 8.04 | 1.21 | 6.83 |
| R&R Heat/AC register | 2 EA | 15.13 | 30.26 | 4.35 | 25.91 |

Room: DINNING ROOM LxWxH: 18'0" x 12'3" x 7'6"

Missing Wall: 1 - 9'0" x 7'0" Opens into E Goes to Floor
Missing Wall: 1 - 9'0" x 5'0" Opens into E
Missing Wall: 1 - 5'0" x 5'0" Opens into E Goes to Floor
Missing Wall: 1 - 9'0" x 5'0" Opens into E
Missing Wall: 1 - 5'0" x 5'0" Opens into E

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R T & G paneling - knotty pine paneling (unfinished) | 472 SF | 4.97 | 2,345.84 | 341.26 | 2,004.58 |
| Stain & finish paneling | 472 SF | 0.90 | 424.80 | 63.72 | 361.08 |
| Seal/prime the floor - one coat odor control | 221 SF | 0.22 | 48.62 | 7.29 | 41.33 |
| R&R Blown-in insulation - 16" depth - R50 | 221 SF | 2.14 | 472.94 | 45.75 | 427.19 |
| R&R Batt insulation - 4" - R11 | 67.5 SF | 0.66 | 44.55 | 5.06 | 39.49 |
| Remove Carpet - (material and labor) | 28 SY | 1.42 | 39.76 | | 39.76 |
| Carpet - (material and labor)252 sq ft at $2.26332 | 28 SY | 20.37 | 570.36 | 85.55 | 484.81 |
| R&R Carpet pad 30.66 sq ft 252 sq yd 252 sq ft at $.445568 | 28 SY | 4.01 | 112.28 | 14.49 | 97.79 |
| R&R Heat/AC register | 3 EA | 15.13 | 45.39 | 6.53 | 38.86 |
| R&R Cold air return cover - Large | 1 EA | 31.50 | 31.50 | 4.26 | 27.24 |
| Stain & finish window trim & jamb (per side) | 4 EA | 16.91 | 67.64 | 10.15 | 57.49 |
| R&R Window blind - horizontal or vertical - Large | 2 EA | 77.28 | 154.56 | 21.73 | 132.83 |
| R&R Window blind - horizontal or vertical - Extra large | 2 EA | 106.33 | 212.66 | 30.44 | 182.22 |
| Clean window unit (per side) 21 - 40 SF | 4 EA | 7.75 | 31.00 | 4.65 | 26.35 |

Continued - DINNING ROOM

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Fixture (can) for track lighting - High grade | 1 EA | 43.36 | 43.36 | 6.36 | 37.00 |
| R&R Shelving - 12" - in place - TWO SHELVES | 6 LF | 4.62 | 27.72 | 4.01 | 23.71 |
| Stain & finish wood shelving, 12"- 24" width | 6 LF | 0.67 | 4.02 | 0.60 | 3.42 |

Room: BEDROOM #1 LxWxH: 16'9" x 9'0" x 7'0"

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Seal/prime the floor - one coat odor control | 151 SF | 0.22 | 33.22 | 4.98 | 28.24 |
| R&R Blown-in insulation - 16" depth - R50 | 151 SF | 2.14 | 323.14 | 31.26 | 291.88 |
| R&R Batt insulation - 4" - R11 | 181 SF | 0.66 | 119.46 | 13.58 | 105.88 |
| Remove Carpet - (material and labor) | 19 SY | 1.42 | 26.98 | | 26.98 |
| Carpet - (material and labor)171 sq ft at $2.26332 | 19 SY | 20.37 | 387.03 | 58.05 | 328.98 |
| R&R Carpet pad 30.66 sq ft 171 sq ft at .445568 | 19 SY | 4.01 | 76.19 | 9.83 | 66.36 |
| R&R Heat/AC register | 1 EA | 15.13 | 15.13 | 2.18 | 12.95 |
| R&R Window blind - horizontal or vertical - Large | 2 EA | 77.28 | 154.56 | 21.73 | 132.83 |
| R&R Baseboard - 3 1/4" hardwood | 52 LF | 4.90 | 254.80 | 36.27 | 218.53 |
| Stain & finish baseboard | 52 LF | 0.59 | 30.68 | 4.60 | 26.08 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 512 SF | 1.48 | 757.76 | 101.38 | 656.38 |
| Paint the walls - two coats | 361 SF | 0.37 | 133.57 | 20.04 | 113.53 |
| R&R Acoustic ceiling (popcorn) texture - heavy | 151 SF | 1.02 | 154.02 | 18.35 | 135.67 |
| PAINTING CHMNEY BRICK | 1 EA | 30.00 | 30.00 | 4.50 | 25.50 |
| R&R Light fixture | 2 EA | 38.20 | 76.40 | 10.54 | 65.86 |
| R&R Vinyl window - casement, 9-13 sf | 1 EA | 295.47 | 295.47 | 42.61 | 252.86 |
| R&R Vinyl window - double hung, 9-12 sf | 1 EA | 220.82 | 220.82 | 31.36 | 189.46 |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Window trim set (casing & stop) 2ea. | 24 LF | 3.41 | 81.84 | 11.41 | 70.43 |
| Stain & finish door/window trim & jamb (per side) | 2 EA | 16.91 | 33.82 | 5.07 | 28.75 |

Room: Master Bedroom LxWxH: 21'2" x 9'6" x 8'0"
Subroom 1: Offset LxWxH: 11'2" x 6'0" x 8'0"

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Seal stud wall for odor control | 768 SF | 0.37 | 284.16 | 42.62 | 241.54 |
| Seal attic framing for odor control | 270 SF | 0.40 | 108.00 | 16.20 | 91.80 |
| roof joist system odor control | 270 SF | 0.68 | 183.60 | 27.54 | 156.06 |
| Seal/prime the floor - one coat odor control | 270 SF | 0.22 | 59.40 | 8.91 | 50.49 |
| R&R Blown-in insulation - 16" depth - R50 | 270 SF | 2.14 | 577.80 | 55.89 | 521.91 |
| R&R Batt insulation - 4" - R11 | 508 SF | 0.66 | 335.28 | 38.10 | 297.18 |
| Remove Carpet - (material and labor) | 35 SY | 1.42 | 49.70 | | 49.70 |
| R&R Carpet - (material and labor)315 sq ft at $2.26332 | 35 SY | 21.79 | 762.65 | 106.94 | 655.71 |
| R&R Carpet pad ft 315 sq ft 315 sq ft at $.445568 | 35 SY | 4.01 | 140.35 | 18.11 | 122.24 |
| R&R Heat/AC register | 2 EA | 15.13 | 30.26 | 4.35 | 25.91 |
| R&R Window drapery - hardware | 2 EA | 66.15 | 132.30 | 19.12 | 113.18 |
| DRAPERIES STANDARD WINDOW | 1 EA | 80.00 | 80.00 | 12.00 | 68.00 |
| DRAPERIES LARGE WINDOW | 1 EA | 105.00 | 105.00 | 15.75 | 89.25 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 1,038 SF | 1.42 | 1,473.96 | 199.30 | 1,274.66 |
| Paint the walls & ceiling - two coats | 1,038 SF | 0.37 | 384.06 | 57.61 | 326.45 |
| R&R Window trim set (casing & stop) 2ea. | 14 LF | 3.41 | 47.74 | 6.66 | 41.08 |
| R&R Interior door - panel - stain grade hardwood jamb & casing | 2 EA | 363.58 | 727.16 | 107.21 | 619.95 |

Farmers

Paul E And Pamela M Krawetz 02/23/2000 Page:7

Continued - Master Bedroom

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Stain & finish door trim & jamb (per side) | 4 EA | 16.91 | 67.64 | 10.15 | 57.49 |
| Stain & finish door (per side) | 4 EA | 32.50 | 130.00 | 19.50 | 110.50 |
| R&R Door lockset - interior - High grade | 2 EA | 37.66 | 75.32 | 10.40 | 64.92 |
| Clean air conditioning widow unit | 1 EA | 39.91 | 39.91 | | 39.91 |
| R&R Wood window - THREE LIGHT - CENTER FIXED PICTURE | 1 EA | 874.28 | 874.28 | 127.53 | 746.75 |
| R&R Wood window - double hung, 10 - 15 sf | 2 EA | 328.64 | 657.28 | 91.38 | 565.90 |
| R&R Window trim set (casing & stop)ALL BEDROOM WINDOWS | 56 LF | 3.23 | 180.88 | 24.53 | 156.35 |
| Seal & paint/finish wood window (per side) - EXTERIOR | 2 EA | 25.67 | 51.34 | 7.70 | 43.64 |
| Seal & paint/finish wood window (per side) - EXTERIOR | 1 EA | 29.16 | 29.16 | 4.37 | 24.79 |
| Stain & finish window trim & jamb INTERIOR(per side) | 5 EA | 20.75 | 103.75 | 15.56 | 88.19 |

Room: Stairwell LxWxH: 11'0" x 4'0" x 8'0"
Missing Wall: 1 - 11'0" x 8'0" Opens into E Goes to Floor/Ceiling
Missing Wall: 1 - 4'0" x 8'0" Opens into E Goes to Floor/Ceiling

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Seal/prime the floor - one coat odor control | 44 SF | 0.22 | 9.68 | 1.45 | 8.23 |
| R&R Blown-in insulation - 16" depth - R50 | 44 SF | 2.14 | 94.16 | 9.11 | 85.05 |
| R&R Batt insulation - 4" - R11 | 88 SF | 0.66 | 58.08 | 6.60 | 51.48 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 164 SF | 1.48 | 242.72 | 32.47 | 210.25 |
| Paint the walls & ceiling - two coats | 164 SF | 0.37 | 60.68 | 9.10 | 51.58 |
| R&R Window trim set (casing & stop) | 32 LF | 3.41 | 109.12 | 15.22 | 93.90 |
| NO EXISTING STAIN OR PAINT ON WINDOWS. | | | | | |
| R&R Wood window - single hung, 4 - 9 sf | 2 EA | 245.81 | 491.62 | 68.51 | 423.11 |
| Seal & paint stair tread | 9 EA | 4.60 | 41.40 | 6.21 | 35.19 |