| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| PAINTING seal and paind landing | 1 EA | 25.00 | 25.00 | 3.75 | 21.25 |
| Paint stair stringer | 30 LF | 0.62 | 18.60 | 2.79 | 15.81 |

Room: MASTERBATH LxWxH: 9'6" x 5'6" x 8'0"

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Seal stud wall for odor control | 240 SF | 0.37 | 88.80 | 13.32 | 75.48 |
| Seal attic framing for odor control | 53 SF | 0.40 | 21.20 | 3.18 | 18.02 |
| roof joist system odor control | 53 SF | 0.68 | 36.04 | 5.41 | 30.63 |
| Seal/prime the floor - one coat odor control | 53 SF | 0.22 | 11.66 | 1.75 | 9.91 |
| R&R Blown-in insulation - 16" depth - R50 | 53 SF | 2.14 | 113.42 | 10.97 | 102.45 |
| R&R Batt insulation - 4" - R11 | 44 SF | 0.66 | 29.04 | 3.30 | 25.74 |
| R&R Tile floor covering - High grade | 37.1 SF | 13.36 | 495.66 | 70.68 | 424.98 |
| R&R Ceramic tile - High grade | 96 SF | 10.01 | 960.96 | 139.82 | 821.14 |
| R&R Heat/AC register | 1 EA | 15.13 | 15.13 | 2.18 | 12.95 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 293 SF | 1.42 | 416.06 | 56.26 | 359.80 |
| Paint part of the walls - two coats | 149 SF | 0.37 | 55.13 | 8.27 | 46.86 |
| R&R Toilet - High grade | 1 EA | 255.82 | 255.82 | 37.45 | 218.37 |
| R&R Sink faucet - High grade | 1 EA | 125.85 | 125.85 | 17.97 | 107.88 |
| R&R Sink - single | 1 EA | 101.53 | 101.53 | 14.49 | 87.04 |
| R&R shower faucet | 1 EA | 156.51 | 156.51 | 22.55 | 133.96 |
| Shower pan | 1 EA | 67.91 | 67.91 | 10.19 | 57.72 |
| R&R Tile shower - up to 60 SF | 1 EA | 806.83 | 806.83 | 111.64 | 695.19 |
| R&R Exhaust fan - Standard grade | 1 EA | 65.84 | 65.84 | 9.04 | 56.80 |

Farmers

Paul E And Pamela M Krawetz 02/23/2000 Page:9

Continued - MASTERBATH

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Towel bar - High grade | 2 EA | 27.14 | 54.28 | 7.75 | 46.53 |
| R&R Vanity - High grade | 1 LF | 104.05 | 104.05 | 15.15 | 88.90 |
| R&R Countertop | 3 LF | 23.01 | 69.03 | 9.57 | 59.46 |
| R&R Recessed light fixture | 2 EA | 71.67 | 143.34 | 20.03 | 123.31 |
| R&R Shower door - corner unit - High grade | 1 EA | 528.47 | 528.47 | 77.89 | 450.58 |
| R&R Trim board OAK- 1" x 4" - installed AROUND SERVICE PANEL | 8 LF | 1.80 | 14.40 | 1.97 | 12.43 |
| Stain TRIM BOARN AROUND ELECT. SERVICE PANEL | 8 LF | 0.65 | 5.20 | 0.78 | 4.42 |

Room: BATH LxWxH: 9'6" x 7'6" x 8'0"

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Seal/prime the floor - one coat odor control | 72 SF | 0.22 | 15.84 | 2.38 | 13.46 |
| R&R Blown-in insulation - 16" depth - R50 | 72 SF | 2.14 | 154.08 | 14.90 | 139.18 |
| R&R Batt insulation - 4" - R11 | 60 SF | 0.66 | 39.60 | 4.50 | 35.10 |
| R&R Tile floor covering - High grade | 50.4 SF | 13.36 | 673.34 | 96.01 | 577.33 |
| R&R Ceramic tile - High grade | 190.4 SF | 10.01 | 1,905.90 | 277.32 | 1,628.58 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 344 SF | 1.42 | 488.48 | 66.05 | 422.43 |
| Paint part of the walls - two coats | 153.6 SF | 0.37 | 56.83 | 8.52 | 48.31 |
| R&R Toilet - High grade | 1 EA | 255.82 | 255.82 | 37.45 | 218.37 |
| R&R Sink faucet - High grade | 1 EA | 125.85 | 125.85 | 17.97 | 107.88 |
| R&R Pedestal sink - High grade | 1 EA | 258.92 | 258.92 | 37.79 | 221.13 |
| R&R Exhaust fan - Standard grade | 1 EA | 65.84 | 65.84 | 9.04 | 56.80 |
| R&R Toilet paper holder - High grade | 1 EA | 31.39 | 31.39 | 4.52 | 26.87 |
| R&R Towel bar - High grade | 2 EA | 27.14 | 54.28 | 7.75 | 46.53 |

Farmers

Paul E And Pamela M Krawetz 02/23/2000 Page:10

Continued - BATH

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | AC |
|---|---|---|---|---|---|
| R&R Vanity - High grade | 1 LF | 104.05 | 104.05 | 15.15 | 88.9 |
| R&R Recessed light fixture | 2 EA | 71.67 | 143.34 | 20.03 | 123.3 |
| R&R Jetted tub - Acrylic - Average grade | 1 EA | 1,881.47 | 1,881.47 | 275.39 | 1,606.0 |
| R&R Medicine cabinet | 1 EA | 95.09 | 95.09 | 13.18 | 81.9 |

Room: KITCHEN LxWxH: 17'0" x 7'9" x 7'0"

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | AC |
|---|---|---|---|---|---|
| Seal/prime the floor - one coat odor control | 132 SF | 0.22 | 29.04 | 4.36 | 24.6 |
| R&R Blown-in insulation - 16" depth - R50 | 132 SF | 2.14 | 282.48 | 27.32 | 255.1 |
| R&R Batt insulation - 4" - R11 | 55 SF | 0.66 | 36.30 | 4.13 | 32.1 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 479 SF | 1.48 | 708.92 | 94.84 | 614.0 |
| Paint the walls & ceiling - two coats | 479 SF | 0.37 | 177.23 | 26.58 | 150.6 |
| R&R Cabinetry - upper (wall) units | 8 LF | 60.04 | 480.32 | 68.36 | 411.9 |
| Stain & finish cabinetry - upper - inside and out | 8 LF | 25.96 | 207.68 | 31.15 | 176.5 |
| R&R Cabinetry - lower (base) units | 3 LF | 89.84 | 269.52 | 39.05 | 230.4 |
| Stain & finish cabinetry - lower - inside and out | 3 LF | 25.96 | 77.88 | 11.68 | 66.2 |
| R&R Sink faucet | 1 EA | 84.46 | 84.46 | 11.76 | 72.7 |
| R&R Sink - double | 1 EA | 226.96 | 226.96 | 32.94 | 194.0 |
| R&R Vinyl floor covering (sheet goods)153 sq ft | 17 SY | 27.93 | 474.81 | 105.19 | 369.6 |
| R&R Underlayment - 1/2" particle board | 132 SF | 0.98 | 129.36 | 16.43 | 112.9 |

Room: BASEMENT LxWxH: 32'0" x 20'0" x 8'0"

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Clean the walls & ceiling - Heavy | 1,472 SF | 0.18 | 264.96 | | 264.96 |
| Clean with pressure/chemical spray - Heavy | 640 SF | 0.35 | 224.00 | | 224.00 |
| R&R Hinding Heating & Air Conditioning, replace furnace per estimate, work has been completed. | 1 EA | 2,420.58 | 2,420.58 | | 2,420.58 |

NOTE, FURNACE COULD NOT BE REPAIRED, WORK HAS BEEN COMPLETED.

Room: GENERAL

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Rewire - average residence - copper wiring | 1,300 SF | 2.62 | 3,406.00 | 510.90 | 2,895.10 |
| Clean and deodorize building - Ozone treatment - incl. basement | 18,000 CF | 0.03 | 540.00 | | 540.00 |
| Dumpster load - Large | 5 EA | 465.00 | 2,325.00 | | 2,325.00 |
| General clean-up prior to construction | 40 HR | 25.00 | 1,000.00 | | 1,000.00 |
| Clean ductwork system - Interior - vacuum/deodorize/seal | 1 EA | 365.87 | 365.87 | | 365.87 |
| General clean-up after construction | 24 HR | 25.00 | 600.00 | | 600.00 |
| R&R Smoke detector - as required | 4 EA | 42.16 | 168.64 | 23.84 | 144.80 |
| Window repair - Minimum charge - front window damaged by fire fighters. | 1 EA | 79.71 | 79.71 | 11.96 | 67.75 |

SAINT PAUL BUILDING DEPT. HAS REQUIRED THAT 80 LIN. FT. OF FRAMING BE REPLACED AND TRUSS SYSTEM BE BROUGHT UP CODE. BID FROM PAUL PANIAN CONSTRUCTION FOR REQUIRED WORK REDUCED BY AMOUNT ALLOWED FOR BY FIRST SCOPE FOR WINDOW AND DOOR INSTALLATION $100 x 10 OPENINGS = $1000 PLUS
$320 FOR INSTALLATION OF INSULATION IN EXTERIOR WALLS, KITCHEN, LIV. RM., BEDROOM #1, STAIRWELL, BATHROOM, FOR $320. TOTAL REDUCTION $1320. ALSO SCOPE ADJUSTED IN REGARD TO SEALING FOR ODOR CONTROL IN SUBJECT AREAS.

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| FRAMING & ROUGH CARPENTRY AND WORK AS PER "DESCRIPTION SECTION" OF BID FROM PANTAN CONSTRUCTION. | 1 EA | 34,180.00 | 34,180.00 | 5,127.00 | 29,053.00 |
| Line Item Subtotal: | | | 86,943.62 | 11,439.42 | 75,504.20 |

Summary For FIRE

| | | | |
|---|---|---|---|
| Total Line Items | | | 86,943.62 |
| Material Tax @ | 6.5% x | 19,924.94 | 1,295.12 |
| Permit @ | 1.2% x | 88,238.74 | 1,058.86 |
| Replacement Cost Value | | | 89,297.60 |
| Less Depreciation | | | (11,634.91) |
| Actual Cash Value | | | 77,662.69 |
| Less Deductible | | | (500.00) |
| Net Claim | | | $77,162.69 |
| | 2/1 | Payment | 47,064.30 |
| | 2/23 | Check | 30,098.39. |

Grand Total Areas:

| | | |
|---|---|---|
| 3,692 SF Walls | 1,967 SF Ceiling | 5,659 SF Walls & Ceiling |
| 1,967 SF Floor | 252 SY Flooring | 512 LF Floor Perimeter |
| 1,409 SF Long Wall | 761 SF Short Wall | 542 LF Ceil. Perimeter |

Richard Rush
Adjuster

Recap By Room

| | | |
|---|---|---|
| ENTRY | 4,917.07 | 5.66% |
| LIVING ROOM | 5,450.62 | 6.27% |
| DINNING ROOM | 4,677.00 | 5.38% |
| BEDROOM #1 | 3,204.89 | 3.69% |
| Master Bedroom | 7,690.98 | 8.85% |
| Stairwell | 1,151.06 | 1.32% |
| MASTERBATH | 4,742.16 | 5.45% |
| BATH | 6,350.12 | 7.30% |
| KITCHEN | 3,184.96 | 3.66% |
| BASEMENT | 2,909.54 | 3.35% |
| GENERAL | 42,665.22 | 49.07% |
| Total Rooms | 86,943.62 | 100.00% |

**HINDING HEATING & AIR, INC.**
915 W. 7th Street
ST. PAUL, MINNESOTA 55102
(651) 228-1303

# JOB WORK ORDER

S 62916

SAVE

| DATE OF ORDER |
|---|
| 2-16-2000 |

| CUSTOMER'S ORDER NO | PHONE | MECHANIC | HELPER | STARTING DATE |
|---|---|---|---|---|
| | 224-9528 | PAT | | / / |

BILL TO: Paul Krawetz

ADDRESS: 364 MacAlister

CITY: ST PAUL 55105

ORDER TAKEN BY:

☐ DAY WORK
☐ CONTRACT
☐ EXTRA

JOB NAME AND LOCATION: 452 E Wyoming

JOB PHONE:

DESCRIPTION OF WORK:

FURNACE / BOILER / AIR CONDITIONER

MODEL# SERIAL#

Replace main circuit Board

PAID IN FULL 6650

4722445-01

INSTALL Thermal pride CHB075N gas Design Furnace prices include Removal old Furnace All piping Nothing

3100

| | |
|---|---|
| TOTAL MATERIALS | 165 00 |
| TOTAL LABOR | 123 00 |
| | |
| TAX | |
| TOTAL AMOUNT | $288 00 |

DATE COMPLETED / /

WORK ORDERED BY: NSP Rebate 150

☐ No one home ☐ Total amount due for above work: or ☐ Total billing to be mailed after completion of work

Signature ______________________

I hereby acknowledge the satisfactory completion of the above described work.

PRODUCT 5558

**HINDING HEATING & AIR, INC.**
915 W. 7th Street
ST. PAUL, MINNESOTA 55102
(651) 228-1303

**JOB WORK ORDER**

**S** 62935

DATE OF ORDER: 2-10-2000

| CUSTOMER'S ORDER NO. | PHONE | MECHANIC | HELPER | STARTING DATE |
|---|---|---|---|---|
| | 651-231-2594 | PAT | | / / |

BILL TO: Jim Hrawitz

ORDER TAKEN BY:

ADDRESS: 452 E Wyoming

CITY: 55107

☐ DAY WORK
☐ CONTRACT
☐ EXTRA

JOB NAME AND LOCATION:

JOB PHONE:

DESCRIPTION OF WORK

**FURNACE / BOILER / AIR CONDITIONER**

**MODEL#** **SERIAL#**

Found 24 volt Trans Furnace
BAD - Replaced
Replaced T87 Heat stat

Paid in Full ✓ 6646

| | |
|---|---|
| Tran | 45.00 |
| T Stat | 42.00 |

| | |
|---|---|
| TOTAL MATERIALS | 87.00 |
| TOTAL LABOR | 79.00 |
| | |
| TAX | |
| TOTAL AMOUNT | 166.00 |

DATE COMPLETED: / /

WORK ORDERED BY:

☐ No one home ☐ Total amount due for above work: or ☐ Total billing to be mailed after completion of work

Signature ______________________

I hereby acknowledge the satisfactory completion of the above described work.

PRODUCT 5556

**HINDING HEATING & AIR COND., INC.**
915 W. 7th Street
ST. PAUL, MINNESOTA 55102
651 ~~(612)~~ 228-1303

**JOB WORK ORDER**

13542

DATE OF ORDER: 2/8/00

| CUSTOMER'S ORDER NO. | PHONE | MECHANICS | HELPER | STARTING DATE |
|---|---|---|---|---|
| Paul | 224-0528 | Tom | John | 2/17/00 |

BILL TO: Tim Krawetz
ORDER TAKEN BY: Pat
ADDRESS: 364 - Macalester
CITY: St. P. 55105

☐ DAY WORK
☐ CONTRACT
☐ EXTRA

JOB NAME AND LOCATION: 452 - E. Wyoming 55107 Paul's cell
JOB PHONE: 612-581-5282

DESCRIPTION OF WORK
**FURNACE / BOILER / AIR CONDITIONER** Jim's 612-670-5024
**MODEL#** **SERIAL#**

CHB075N - Ser. # 89194

20' - PVC - 2"
PAID IN Full $2812.00
Check # 6651

$ 3100.00
- Ck. # 6650 - 288.00 - Tck. # 562916
2812.00

1 yrs parts & labor - 100%
Lifetime Heat Exchanger

| | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL LABOR | |
| TAX | |
| TOTAL AMOUNT | $2812.00 |

DATE COMPLETED: / /
WORK ORDERED BY

Signature [signature] R Kraw...

☐ No one home ☐ Total amount due for above work: or ☐ Total billing to be mailed after completion of work

I hereby acknowledge the satisfactory completion of the above described work.

EXHIBIT C

**ALLAN COATES ELECTRICAL INC.**
Insured & Bonded
Commercial & Residential
P.O. Box 18397
West St.Paul, MN 55118
Office: (651) 229-4040

new # ?

Date: Oct 4 2000

Phone: 651-699-6819

Customer: Paul Krawetz

Address: 452 East wyoming ST
ST Paul MN 55107

**Comments:**
This Job was Inspected by city OF ST Paul, Frank gurney an Passed.

**Work Performed**

Electrician installed 100 Amp Service 30 circuit space Panel wired new garage, all out side Receptacles with ground Fault interupters all out an indoor Fixtures. 1ST Floor Level all indoor an outdoor Rough in and Finished products Air Conditioning to be included basement was not damaged but exiting wireing was reinstalled to working order. all [illegible] were Energized

Method of Payment: CK's #

Parts: $ material by Electrical
Lighting by owner

For the Total of: $ 4500.00

*Thank you for your business*

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

225223

# INVOICE

Sold To: Wyoming Av St Paul

Address:

City, State, Zip: 612-242-9226

Ship To:

Address: Tom Easton

City, State, Zip: Ph 474-7226

| Customer Order No. | Sold By | Terms | F.O.B. | Date |
|---|---|---|---|---|
| | | | | |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | Rough Ind Fin? | | | |
| | | Bid 2400 | | | |
| | | Paid 2000 | | | |
| | | Balance due | 400 | | |
| | | Permit | | | |
| | | toilet, lav tub | | | |
| | | Kit sink Cauteub | | | |
| | | & 3 Misc | | | |
| | | | 280 | | |
| | | total due $680 | | | |

Adams DC5848

# CONTRACTORS INVOICE

FROM: Tom Klosowski

NO.

TO: PAUL KRAWETZ

WORK PERFORMED AT: 452 E, WYOMING ST. PAUL MN.

| DATE 7-1-00 | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|

**DESCRIPTION OF WORK PERFORMED**

INSULATE EXTERIOR WALLS & CIELINGS TO CODE. COVER WITH 6 MILL POLY.

PAID IN FULL 7-1-00 T.K.

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of Two Thousand Dollars ($ 2000.00).

This is a ☐ Partial ☒ Full invoice due and payable by: 7 / 1 / 2000 (Month / Day / Year)

in accordance with our ☑ Agreement ☐ Proposal No. ______ Dated ______ (Month / Day / Year)

# CONTRACTORS INVOICE

FROM: TOM KLOSOWSKI

TO: PAUL KRAWETZ

NO.

WORK PERFORMED AT: 452 E WYOMING ST ST. PAUL MN. 55107

| DATE 7-16-00 | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|

**DESCRIPTION OF WORK PERFORMED**

INSULATE GARAGE CIELING TO CODE + COVER 6ML POLY

R38

PAID IN FULL

7-16-00

T.K.

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of FOUR HUNDRED Dollars ( 400 00 ).

This is a ☐ Partial ☑ Full invoice due and payable by: 7 (Month) 16 (Day) 2000 (Year)

in accordance with our ☑ Agreement ☐ Proposal No. ____ Dated 7 (Month) 16 (Day) 2000 (Year).

FARMERS

Paul E. And Pamela M Krawetz 02/10/2000Page:2

Room: CONTENTS

No items entered

Room: MASTER BATH

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| LARGE BEVELED MIRROR | 1 EA | 150.00 | 150.00 | 22.50 | 127.50 |
| TOWELS BATH | 5 EA | 14.00 | 70.00 | 10.50 | 59.50 |
| WASH CLOTHS | 3 EA | 4.00 | 12.00 | 1.80 | 10.20 |
| HAND TOWELS | 2 EA | 7.00 | 14.00 | 2.10 | 11.90 |
| R&R TOILETRIES, SOAP, SHAMPOO, TOOTH PAST, ETC | 1 EA | 50.00 | 50.00 | | 50.00 |
| OAK LAUNDRY HAMPER | 1 EA | 75.00 | 75.00 | 11.25 | 63.75 |
| SHOWER CURTAIN SET | 1 EA | 95.00 | 95.00 | 14.25 | 80.75 |
| Cleaning Technician - per hour - CLEANING MISC ITEMS | 4 HR | 12.00 | 48.00 | | 48.00 |

Room: Master Bedroom

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| ALL THAT JAZ-PANTS SUITE | 1 EA | 45.00 | 45.00 | 4.50 | 40.50 |
| RAFERTY SKIRT/TOP | 1 EA | 67.50 | 67.50 | 10.13 | 57.37 |
| FRITZI/SKIRT TOP SET/HERBERGERS | 1 EA | 65.00 | 65.00 | 9.75 | 55.25 |
| LGR BLAZER/PENNYS | 1 EA | 40.00 | 40.00 | 6.00 | 34.00 |
| SL FASHION DRESS/HERBERGERS | 1 EA | 68.00 | 68.00 | 10.20 | 57.80 |
| STEFANO BLAZER/PENNYS | 1 EA | 40.00 | 40.00 | 6.00 | 34.00 |
| SCARLET JR DRESS/PENNYS | 1 EA | 69.00 | 69.00 | 10.35 | 58.65 |
| EN FOCUS PANTS OUTFIT/PENNYS | 1 EA | 65.00 | 65.00 | 9.75 | 55.25 |

FARMERS

Paul E. And Pamela M Krawetz

02/10/2000Page:3

Continued - Master Bedroom

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| ALL THAT JAZZ JUMPER AND SKIRT | 1 EA | 70.00 | 70.00 | 10.50 | 59.50 |
| DAWN JOY SKIRT AND TOP | 1 EA | 69.00 | 69.00 | 10.35 | 58.65 |
| JONATHON MARTIN DRESS//SEARS | 1 EA | 68.00 | 68.00 | 10.20 | 57.80 |
| JONI BLAIR DRESS | 1 EA | 66.00 | 66.00 | 9.90 | 56.10 |
| JOJI T DRESS | 1 EA | 70.00 | 70.00 | 10.50 | 59.50 |
| CAL VISIONAZ DRESS | 1 EA | 67.00 | 67.00 | 10.05 | 56.95 |
| PEA PATCH DRESS/HERBERGERS | 1 EA | 64.00 | 64.00 | 9.60 | 54.40 |
| S ROBERTS DRESS | 1 EA | 65.00 | 65.00 | 9.75 | 55.25 |
| KAREN STEVENS DRESS | 1 EA | 68.00 | 68.00 | 10.20 | 57.80 |
| WILD DRESS | 1 EA | 70.00 | 70.00 | 10.50 | 59.50 |
| YOUNG EDWARDIAN DRESS | 1 EA | 68.00 | 68.00 | 10.20 | 57.80 |
| INTERNATIONAL SCENE WOOL COAT/HERBERGERS | 1 EA | 150.00 | 150.00 | 22.50 | 127.50 |
| HOODED SWEAT SHIRTS/PENNYS | 6 EA | 20.00 | 120.00 | 18.00 | 102.00 |
| CHICK DRESS PANTS/KHAKI | 2 EA | 20.00 | 40.00 | 6.00 | 34.00 |
| REPUBLIC SKIRT/PENNYS | 1 EA | 30.00 | 30.00 | 4.50 | 25.50 |
| ELLED D PANTS/PENNYS | 1 EA | 20.00 | 20.00 | 3.00 | 17.00 |
| SILVER LABEL SHIRT | 1 EA | 25.00 | 25.00 | 3.75 | 21.25 |
| YES JACKET | 1 EA | 30.00 | 30.00 | 4.50 | 25.50 |
| JACLYN SMITH DRESS | 1 EA | 70.00 | 70.00 | 10.50 | 59.50 |
| ANDREW FEZZA WOOL SPORT COAT | 1 EA | 50.00 | 50.00 | 7.50 | 42.50 |
| SAG HARBOR SUMMER JACKET | 1 EA | 25.00 | 25.00 | 3.75 | 21.25 |
| NIKE PULLOVER JACKET/HERBERGERS | 1 EA | 99.00 | 99.00 | 14.85 | 84.15 |
| TRAIL DESIGN VEST | 1 EA | 25.00 | 25.00 | 3.75 | 21.25 |

FARMERS

Paul E. And Pamela M Krawetz 02/10/2000Page:4

Continued - Master Bedroom

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| HIGH HEELS/HERBERGERS | 2 EA | 60.00 | 120.00 | 18.00 | 102.00 |
| SANDLES/SEARS | 1 EA | 15.00 | 15.00 | 2.25 | 12.75 |
| SOTCINZA SWEATER | 1 EA | 30.00 | 30.00 | 4.50 | 25.50 |
| KODAC CAMERA/K-MART | 1 EA | 25.00 | 25.00 | 3.75 | 21.25 |
| FUJI ZOOM CAMERA/PENNYS | 1 EA | 130.00 | 130.00 | 19.50 | 110.50 |
| EXHILERATION SUN DRESS | 1 EA | 70.00 | 70.00 | 10.50 | 59.50 |
| BELTS/PENNYS | 15 EA | 8.00 | 120.00 | 18.00 | 102.00 |
| TIES/PENNYS | 6 EA | 12.00 | 72.00 | 10.80 | 61.20 |
| THE FOLLOWING B.R. FURNATURE IS A MATCHING SET...................... | | | | | |
| DRESSER WITH MIRROR/PENNYS | 1 EA | 799.00 | 799.00 | 79.90 | 719.10 |
| NIGHT STAND/PENNYS | 1 EA | 199.00 | 199.00 | 19.90 | 179.10 |
| CHEST/PENNYS | 1 EA | 250.00 | 250.00 | 25.00 | 225.00 |
| BED WITH HEAD BOARD AND FOOT BOARD | 1 EA | 225.00 | 225.00 | 22.50 | 202.50 |
| MATRESS AND BOX SPRINGS - QUENN / PENNYS | 1 EA | 550.00 | 550.00 | 55.00 | 495.00 |
| 6 DRAWER DRESSER. NOT MATCHING | 1 EA | 200.00 | 200.00 | 30.00 | 170.00 |
| HIGH HEEL LEATHER BOOTS/PENNYS | 1 EA | 50.00 | 50.00 | 7.50 | 42.50 |
| DOWN COMFORTERS | 2 EA | 200.00 | 400.00 | 60.00 | 340.00 |
| COMFORTER CASING | 1 EA | 200.00 | 200.00 | 30.00 | 170.00 |
| BED SPREAD QUILT | 1 EA | 50.00 | 50.00 | 7.50 | 42.50 |
| BLANKETS | 3 EA | 23.99 | 71.97 | 10.80 | 61.17 |
| SEWING KIT | 1 EA | 25.00 | 25.00 | 3.75 | 21.25 |
| PICTURE ON WALL - ROSES | 1 EA | 60.00 | 60.00 | 9.00 | 51.00 |
| 50 ARCADE STUFFED ANIMALS | 50 EA | 3.50 | 175.00 | 35.00 | 140.00 |

FARMERS

Paul E. And Pamela M Krawetz 02/10/2000Page:5

Continued - Master Bedroom

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| WOODMEAR SUIT, BLUE | 1 EA | 165.00 | 165.00 | 24.75 | 140.25 |
| WOODMEAR SUITE, TAN | 1 EA | 165.00 | 165.00 | 24.75 | 140.25 |
| BONE WOOL SUIT | 1 EA | 165.00 | 165.00 | 24.75 | 140.25 |
| TAN NINO CERALIL SUIT | 1 EA | 160.00 | 160.00 | 24.00 | 136.00 |
| GREY, PIERRE CARDIN SUIT AND PANTS | 1 EA | 168.00 | 168.00 | 25.20 | 142.80 |
| BLUE SPORT COAT | 1 EA | 70.00 | 70.00 | 10.50 | 59.50 |
| ELEDIO SPORT COAT | 1 EA | 70.00 | 70.00 | 10.50 | 59.50 |
| WOOL PANTS | 1 EA | 60.00 | 60.00 | 9.00 | 51.00 |
| PLAD SPORT COAT | 1 EA | 59.00 | 59.00 | 8.85 | 50.15 |
| BROWN CARL STELLA PANTS | 1 EA | 40.00 | 40.00 | 6.00 | 34.00 |
| SHIRTS/PENNYS | 25 EA | 24.00 | 600.00 | 90.00 | 510.00 |
| MENS PANTS/PENNYS | 25 EA | 30.00 | 750.00 | 112.50 | 637.50 |
| MENS SWEATSHIRTS | 10 EA | 12.90 | 129.00 | 19.35 | 109.65 |
| BATH ROBE/PENNYS | 1 EA | 24.00 | 24.00 | 3.60 | 20.40 |
| PAJAMAS | 3 EA | 20.00 | 60.00 | 9.00 | 51.00 |
| 20" PANASONIC T.V./Audio King | 1 EA | 230.00 | 230.00 | 34.50 | 195.50 |
| SOCKS | 50 EA | 2.00 | 100.00 | 15.00 | 85.00 |
| INSPECTION OF CLOTHING AND CONTENTS ITEMS BY AM-DISASRER SERVICES/RICK MARTIN. MR MARTIN ADVISED THAT ITEMS COULD NOT BE CLEANED AND RESTORED WITH EXCEPTION OF SOME WASHABLE UNDER GARMENTS AND HADR SURFACE ITEMS WHICH POSSIBLY WOULD CLEAN. ALLOWED FOR CLEANING OF THOSE ITEMS. | | | | | |
| FLUFF AND FOLD UNDER GARMENTS AND WASHABLE ITEMS | 1 EA | 100.00 | 100.00 | | 100.00 |
| Cleaning Technician - CLEAN MISC. ITEMS - per hour | 4 HR | 12.00 | 48.00 | | 48.00 |
| LAMPS | 2 EA | 49.00 | 98.00 | 14.70 | 83.30 |
| RABIT EARS TV ANT. | 1 EA | 30.00 | 30.00 | 4.50 | 25.50 |

FARMERS

Paul E. And Pamela M Krawetz

02/10/2000Page:6

Continued - Master Bedroom

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| CLOTHING RACKS | 2 EA | 24.00 | 48.00 | 7.20 | 40.80 |
| MAGIZINE RACK | 1 EA | 35.00 | 35.00 | 5.25 | 29.75 |
| SAMSONITE SUITCASE | 1 EA | 30.00 | 30.00 | 4.50 | 25.50 |
| SIMULATED ANTIQUE TELEPHONE | 1 EA | 65.00 | 65.00 | 9.75 | 55.25 |

Room: KITCHEN

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| FOOD ITEMS | 1 EA | 100.00 | 100.00 | | 100.00 |
| KELVINATOR ELECT. STOVE RFR305CWI/BEST BUY | 1 EA | 400.00 | 400.00 | 60.00 | 340.00 |
| REFRIGERATOR/CTX206 | 1 EA | 600.00 | 600.00 | 90.00 | 510.00 |
| TAPAN MICROWAVE TMT114U1B0 | 1 EA | 140.00 | 140.00 | 21.00 | 119.00 |
| IRONING BOARD | 1 EA | 40.00 | 40.00 | 6.00 | 34.00 |
| KITCHEN TABLE, MAPLE DROP LEAF - NO CHAIRS | 1 EA | 250.00 | 250.00 | 37.50 | 212.50 |
| CHINA CABINET | 1 EA | 700.00 | 700.00 | 105.00 | 595.00 |
| 4 SLICE TOASTER | 1 EA | 29.00 | 29.00 | 4.35 | 24.65 |
| Cleaning Technician - per hour REMAING ITEMS | 8 HR | 12.00 | 96.00 | | 96.00 |

Room: LIVING ROOM

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| 7FT SOFFA/PENNYS | 1 EA | 500.00 | 500.00 | 75.00 | 425.00 |
| RECLINER/PENNYS | 1 EA | 499.00 | 499.00 | 74.85 | 424.15 |
| END TABLES/PENNYS CHERRY WOOD | 2 EA | 150.00 | 300.00 | 45.00 | 255.00 |
| COFFEE TABLE/PENNYS | 1 EA | 179.00 | 179.00 | 26.85 | 152.15 |

FARMERS

Paul E. And Pamela M Krawetz

02/10/2000Page:7

Continued - LIVING ROOM

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| TABLE LAMPS | 2 EA | 39.00 | 78.00 | 11.70 | 66.30 |
| BAR WITH TWO STOOLS | 1 EA | 800.00 | 800.00 | 160.00 | 640.00 |
| WOOD DRESSER 6FT | 1 EA | 350.00 | 350.00 | 52.50 | 297.50 |
| 32" JVC COLOR TV WITH ANTENNA / AUDIO KING | 1 EA | 595.00 | 595.00 | 89.25 | 505.75 |
| SHARP VCR VCH903 / AUDIO KING | 1 EA | 200.00 | 200.00 | 30.00 | 170.00 |
| TV CABINET | 1 EA | 50.00 | 50.00 | 7.50 | 42.50 |
| telephone end table | 1 EA | 50.00 | 50.00 | 7.50 | 42.50 |
| misc. nicknacks | 1 EA | 100.00 | 100.00 | 15.00 | 85.00 |
| winter boots/sears | 3 EA | 50.00 | 150.00 | 22.50 | 127.50 |
| TENNIS SHOES | 6 EA | 25.00 | 150.00 | 22.50 | 127.50 |
| PATIO TABLE AND CHAIRS/SSEARS | 1 EA | 300.00 | 300.00 | 60.00 | 240.00 |
| FLOOR LAMP/PENNYS | 1 EA | 50.00 | 50.00 | 7.50 | 42.50 |
| Cleaning Technician - GLASS ITEMS ON SHELVES | 3 HR | 12.00 | 36.00 | | 36.00 |

Room: SUN/DIN ROOM

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| SONY WALKMAN MI CD PLAYER | 1 EA | 59.00 | 59.00 | 8.85 | 50.15 |
| KENWOOD 2060 CASSETTE DECK - REPLACE WITH SONY TOKA1ESA/AUDIO KING | 1 EA | 350.00 | 350.00 | 52.50 | 297.50 |
| ONKYO AMPLIFIER A-7090/AUDIO KING | 1 EA | 800.00 | 800.00 | 160.00 | 640.00 |
| YAMAHA CR-2020 RECIEVER REPLACE BY YAMAHA RXV795A/AUDIO KING | 1 EA | 483.00 | 483.00 | 120.75 | 362.25 |
| ACERVIEW MONITER 56C 15IN | 1 EA | 139.00 | 139.00 | 34.75 | 104.25 |
| CARVER TX-11 TURNER/AUDIO KING | 1 EA | 700.83 | 700.83 | 210.25 | 490.58 |
| SONY CORDLESS PHONE SPP-SS965 | 1 EA | 139.00 | 139.00 | 20.85 | 118.15 |

FARMERS

Paul E. And Pamela M Krawetz 02/10/2000Page:8

Continued - SUN/DIN ROOM

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| BM22 BETA CAM CORDER ALLOWED COMP RCA CAMCORDER | 1 EA | 499.00 | 499.00 | 99.80 | 399.20 |
| 15IN ELECTRO VOICE SPEAKERS AND WOOD CABNETS/ CERWIN VEGA LS15/BESTBUY | 2 EA | 349.50 | 699.00 | 209.70 | 489.30 |
| 1 SET PRO SERIES WITH CROSS OVER CAR/MIDWEST SPEAKER | 2 EA | 49.95 | 99.90 | 9.99 | 89.91 |
| COMPUTER REFERENCE MANUALS | 15 EA | 15.00 | 225.00 | 45.00 | 180.00 |
| ASORTED BOOKSS | 50 EA | 6.00 | 300.00 | 60.00 | 240.00 |
| CRYSTAL AND LEADED GLASSES, Antique | 20 EA | 10.00 | 200.00 | | 200.00 |
| 1 SET MOTOROLA MT-500 RADIOS/ REPLACED BY KENWOOD TK36/ARC ACTION RADIOS AND COMMUNICATION. | 2 EA | 480.00 | 960.00 | 144.00 | 816.00 |
| SHEETS, LINENS, PILLOW CASES | 1 EA | 300.00 | 300.00 | 60.00 | 240.00 |
| PLANT PEDESTAL | 1 EA | 50.00 | 50.00 | 7.50 | 42.50 |
| PLANT TABLE | 1 EA | 100.00 | 100.00 | 15.00 | 85.00 |
| ANTIQUE CHINA CABNET/HUTCH | 1 EA | 600.00 | 600.00 | | 600.00 |
| LACE TABLE CLOTHS | 5 EA | 20.00 | 100.00 | 20.00 | 80.00 |
| DUNCAN FIFE 6 LEGGED CLAW TABLE WITH 6 CHAIRS, ANTIQUE | 1 EA | 800.00 | 800.00 | | 800.00 |
| DUNCAN FIFE WRITING DESK, antique | 1 EA | 400.00 | 400.00 | | 400.00 |
| DUNCAN FIFE BUFFET,antique | 1 EA | 600.00 | 600.00 | | 600.00 |
| BOOK CASE | 1 EA | 50.00 | 50.00 | 7.50 | 42.50 |
| CANDLE STICKS HOLDERS - BRASS -PRS. | 2 EA | 30.00 | 60.00 | 9.00 | 51.00 |
| BINOCULARS/PENNYS | 1 EA | 99.95 | 99.95 | 14.99 | 84.96 |
| PICTURE OF SHIP AT SEA | 1 EA | 80.00 | 80.00 | 12.00 | 68.00 |
| 5X8 AREA RUG | 1 EA | 200.00 | 200.00 | 30.00 | 170.00 |
| Cleaning Technician - MISC ITEMSper hour | 4 HR | 12.00 | 48.00 | | 48.00 |

FARMERS

Paul E. And Pamela M Krawetz 02/10/2000Page:9

Room: BEDROOM #1 SONS RM

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| SEGA BREAM CAST/PENNYS | 1 EA | 199.99 | 199.99 | 20.00 | 179.99 |
| SONY PLAY STATION/PENNYS | 1 EA | 100.00 | 100.00 | 15.00 | 85.00 |
| NINTENDO 64/PENNYS | 1 EA | 100.00 | 100.00 | 15.00 | 85.00 |
| SAGA SATURN/PENNYS | 1 EA | 60.00 | 60.00 | 9.00 | 51.00 |
| GAMEBOY COLOR/PENNYS | 1 EA | 70.00 | 70.00 | 10.50 | 59.50 |
| POKEMAN YELLOW BUNDLE PACK (SPECIAL GAMEBOY IN PACK WITH POKEMAN YELLOW/PENNYS | 1 EA | 100.00 | 100.00 | 15.00 | 85.00 |
| SEGA SATURN GAMES PER LIST | 1 EA | 84.00 | 84.00 | 12.60 | 71.40 |
| PLAY STATION GAMES. CRASH BANDICOOT,MONSTER RANCHER. METAL GEAR SOLID. | 1 EA | 175.00 | 175.00 | 26.25 | 148.75 |
| COMPUTER GAMES PER LIST BELOW./PENNYS | 1 EA | 160.00 | 160.00 | 24.00 | 136.00 |
| HELL FIRE,DIABLO. MYTH,DUKE EXTREAM. MAGIC THE GATHERING. MAGIC THE GATHERING SPELLS OF THE ANCIENTS. MAGIC THE GATHERING: DUELS OF THE PLAINS WALKERS. | | | | | |
| NITENDO GAMES PER LIST BELOW | 1 EA | 475.00 | 475.00 | 71.25 | 403.75 |
| TEN EIGHTY SNOWBOARDING $40. BANJO KAZOOIE $40. NFL BLITZ $40. DIDDY KONG RACEING $40. MADDEN FOOTBALL $20. MORTAL COMBAT $20. POKEMON SNAP $50 STAR FOX 64 $40. STAR WARRS ROUGE $40. SUPERSMASH BROS.$40. DREAMCAAST MEM X2 $60. NG4 MEM CARDS X 2 $30. PLAYSTATION MEM CARDS X 1 $15. | | | | | |
| DREAM CAST CARDS PER LIST BELOW | 1 EA | 190.00 | 190.00 | 28.50 | 161.50 |
| SOUL CALIBUR $45. MARVEL VS CAPCOM $45. EVOLUTION: WORLD OF THE SACRED DEVICE $50. NFL 2K $50. | | | | | |
| GAMBOY GAMES. POKEMON RED. POKEMON BLUE. POKEKEMON YELLOW. | 3 EA | 30.00 | 90.00 | 13.50 | 76.50 |
| MUSIC CD"S | 10 EA | 13.00 | 130.00 | 19.50 | 110.50 |
| NG4 CONTROLLERS | 3 EA | 30.00 | 90.00 | 13.50 | 76.50 |
| SONY PLAYSTATION CONTROLLERS | 4 EA | 30.00 | 120.00 | 18.00 | 102.00 |
| DREAMCAST CONTROLERS | 2 EA | 29.95 | 59.90 | 8.99 | 50.91 |
| GAME SHARK PRO: PLAYSTATION $50. NINTENDO 64 $50. GAMEBOY COLOR $30 | 1 EA | 130.00 | 130.00 | 19.50 | 110.50 |
| SAMSUNG TV /TXJ2766 AUDIO KING | 1 EA | 280.00 | 280.00 | 42.00 | 238.00 |

FARMERS

Paul E. And Pamela M Krawetz



Continued - BEDROOM #1 SONS RM

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| LAVA LAMP | 1 EA | 60.00 | 60.00 | 9.00 | 51.00 |
| STROBE LIGHT | 1 EA | 40.00 | 40.00 | 6.00 | 34.00 |
| BLACK LIGHT | 1 EA | 20.00 | 20.00 | 3.00 | 17.00 |
| ENTERTAINMENT CENTER/PENNYS | 1 EA | 99.00 | 99.00 | 14.85 | 84.15 |
| INFINITY SPEAKERS/Audio King | 2 EA | 725.42 | 1,450.84 | 217.63 | 1,233.21 |
| ONKYO TX2000 RECIEVER/Adio King | 1 EA | 204.00 | 204.00 | 30.60 | 173.40 |
| OAK CAPTIANS STORAGE BED WITH FULLSIZE MATRESS/PENNYS | 1 EA | 876.00 | 876.00 | 87.60 | 788.40 |
| FULLSIZE BED SPREAD | 1 EA | 30.00 | 30.00 | 4.50 | 25.50 |
| PILLOWS | 2 EA | 15.00 | 30.00 | 4.50 | 25.50 |
| BLANKET, COTTON HONEYCOMB-WEAVE/PENNYS | 1 EA | 26.00 | 26.00 | 3.90 | 22.10 |
| SET OF FULL SHEETS | 1 EA | 28.00 | 28.00 | 4.20 | 23.80 |
| GAMING MAGAZINES | 1 EA | 50.00 | 50.00 | 7.50 | 42.50 |
| VACUUM CLEANER, EUREKA SELF PROPELLED MODEL S185 | 1 EA | 179.00 | 179.00 | 17.90 | 161.10 |
| WINDOW FAN | 1 EA | 29.00 | 29.00 | 4.35 | 24.65 |
| SONS CLOTHING IS WASABLE. INSURED HAS ELECTED TO ATTEMPT TO CLEAN CLOTING ITEMS. | | | | | |
| LAUNDRY - FLUFF AND FOLD AND CLEANING OF CLOTHING ITEMS | 1 EA | 100.00 | 100.00 | | 100.00 |
| Cleaning Technician - REMAING CONTENT ITEMS | 4 HR | 12.00 | 48.00 | | 48.00 |

Room: BATH

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| MISC. TOILETRIES AND CLEANING SUPPLYS | 1 EA | 100.00 | 100.00 | | 100.00 |
| BATH TOWELS | 3 EA | 14.00 | 42.00 | 6.30 | 35.70 |

FARMERS

Paul E. And Pamela M Krawetz 02/10/2000Page:11

Continued - BATH

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| WASH CLOTHS | 3 EA | 4.00 | 12.00 | 1.80 | 10.20 |
| HAND TOWELS | 2 EA | 7.00 | 14.00 | 2.10 | 11.90 |
| SHOWER CURTAIN | 1 EA | 20.00 | 20.00 | 3.00 | 17.00 |
| Line Item Subtotal: | | | 31,663.88 | 4,519.48 | 27,144.40 |

FARMERS

Paul E. And Pamela M Krawetz 02/09/2000Page:12

Summary For FIRE

| | |
|---|---|
| Total Line Items | 31,663.88 |
| Replacement Cost Value | 31,663.88 |
| Less Depreciation | (4,519.48) |
| Net Claim | $27,144.40 |

| | RCV | | ACV |
|---|---|---|---|
| | 31,663.88 | | 27,144.40 |
| TAX 6.5 | 2058.15 | TAX | 1,764.39 |
| | $ 33,722.03 | | 28,908.79 |
| | | Less ADVANCES | 10,000.00 |
| | | | 18,908.79 |

Richard Rush
Adjuster

# ADDITIONAL LIVING EXPENSE

PAUL KRAWETZ
452 WYOMING ST. EAST
ST PAUL, MN.

CLAIM NUMBER U4-175942

RESIDENCE INN JAN 31 TO FEB 5 , 2000

| | |
|---|---|
| INCURRED EXPENSE<br>BREAKFAST INCL. | $711.30 |
| NORMAL EXP FOR GROC.<br>BREAKFAST FOOD | <$25.00> |
| TOTAL AMT. DUE | $686.30 |

ALE

Residence Inn Eagan
3040 Eagandale Place
Eagan MN 55121
(651) 688-0363

Marriott Residence Inn

Residence Inn By Marriott

Guest Folio Summary

Page 1

| | | | |
|---|---|---|---|
| Guest Name | PAUL KRAWETZ<br>452 WYOMING ST EAST<br>ST PAUL, MN 55107<br>LEISURE | Folio Number | Y2-16865 |
| | | Suite Number | 422 |
| | | Suite Type | PEEX |
| | | No. of Guest | 1 |
| | | Rate | 129.00 |
| | | Account Number | GLG |
| Arrive 31Jan00 | Time 2:36 PM Depart 05Feb00 | Time | 10:10 AM |

| Date | | Description | Charges | Credits |
|---|---|---|---|---|
| 31Jan00 | G23959 | Long Distance -738-7160 (3) | .50 | |
| 31Jan00 | G23961 | Long Distance 612-461-7000 (3) | .50 | |
| 31Jan00 | G23964 | Long Distance -738-7160 (2) | .50 | |
| 31Jan00 | G24022 | Long Distance 612-581-5282 (1) | .50 | |
| 31Jan00 | G24070 | Long Distance -225-8148 (1) | .50 | |
| 31Jan00 | R6422 | Room Charge-Pent 5-11 | 129.00 | |
| 31Jan00 | T2422 | State Tax | 8.39 | |
| 31Jan00 | T3422 | City Tax | 3.87 | |
| 01Feb00 | G24433 | Long Distance 612-581-5282 (1) | .50 | |
| 01Feb00 | R6422 | Room Charge-Pent 5-11 | 129.00 | |
| 01Feb00 | T2422 | State Tax | 8.39 | |
| 01Feb00 | T3422 | City Tax | 3.87 | |
| 02Feb00 | G24894 | Long Distance 612-581-5282 (1) | .50 | |
| 02Feb00 | G24918 | Long Distance 612-581-5282 (1) | .50 | |
| 02Feb00 | G24999 | Long Distance -776-5055 (55) | .50 | |
| 02Feb00 | R6422 | Room Charge-Pent 5-11 | 129.00 | |
| 02Feb00 | T2422 | State Tax | 8.39 | |
| 02Feb00 | T3422 | City Tax | 3.87 | |
| 03Feb00 | R6422 | Room Charge-Pent 5-11 | 129.00 | |
| 03Feb00 | T2422 | State Tax | 8.39 | |
| 03Feb00 | T3422 | City Tax | 3.87 | |
| 04Feb00 | G25788 | Long Distance 612-581-5282 (1) | .50 | |
| 04Feb00 | R6422 | Room Charge-Pent 5-11 | 129.00 | |
| 04Feb00 | T2422 | State Tax | 8.39 | |
| 04Feb00 | T3422 | City Tax | 3.87 | |
| 05Feb00 | CK10:10 | Paid-Check CHECK OUT | | 711.30 |

Checked Out .00

Guest Signature

The management is not responsible for any valuables not secured in safety-deposit boxes ... I agree that my liability for charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay any part or the full amount of such charges.

05Feb00 10:10 AM

Toll-free Reservations 800-331-3131

# INVOICE

CRS TEMPORARY HOUSING
300 Carlsbad Village Drive, Suite 219
Carlsbad, CA 92008
(760) 720-7720/(760) 720-0025-fax

**No.** 8512-21-KRAWETZ,P
**Date** 02/02/00
**Terms** Due Upon Receipt
**Note:** Krawetz, Paul 21-2400

**BILL TO** KRAPAU

**Farmers**
**Dick Rush re:Krawetz,P**
**Route 2, Box 52**
**Bagley, MN 56621**

**TEMPORARY HOUSING FOR** AK

**Paul & Pam Krawetz 21-2400**
**CL#U4175942 Fax#:218-694-6388**
**172 East 6th Street, #1001**
**St. Paul. MN 55101**

| Description | Qty/ # of Days | Rate | Amount |
|---|---|---|---|
| Rental Period 2/4-2/29/00 | 1 | 2366.00 | 2366.00 |
| Rental period 3/00 | 1 | 2730.00 | 2730.00 |
| Rental period 4/00 | 1 | 2730.00 | 2730.00 |
| Security Deposits Refundable | 1 | 2730.00 | 2730.00 |
| CRS One-Time Administration Fee | 1 | 175.00 | 175.00 |
| FED EX#: 1789-4260-3 | | | |
| | **TOTAL DUE** | | $10,731.00 |

PLEASE REMIT PAYMENT TO:

CRS Temporary Housing
112 North 1st Ave, Suite 302
St Charles, IL 60174
630 762-6080
630 762-0152 (Fax)

CRS is now on the web! Come visit us @ www.crstemphousing.com
You can reach your closest CRS regional office by calling 1-800-968-0848
To reach CRS Corporate dial 1-800-446-6734
CRS Tax ID # 77-0407282