

Photograph # 00-142 1 11 damaged circuit board traces (magnified)



Photograph # 00-142 1 15 damaged circuit board diodes (magnified)

# ONSITE ENGINEERING
## & FORENSIC SERVICES, INC.

RECEIV

19

HANSON, LULIC, & ...
FAR 17...

July 2, 2001

Mr. Kevin Kennedy
Hanson Lulic & Krall
920 Second Avenue South
Suite 500
Minneapolis, MN 55402-4032

Re: Krawetz Residence Fire supplemental report
Claim No: U4175942
DOL: 1/27/2000
Onsite Engineering file: 00-142

Dear Mr. Kennedy:

On May 17, 2001, the transformer was partially disassembled during a destructive examination. Mr. Scott Russert of Flynn & Gaskins and John Forss of Sigma Engineering represented Honeywell at the examination.

The two-piece metal housing for the transformer was removed. This exposed the windings of the transformer. The primary winding showed evidence of heat damage. The insulating materials around the primary winding showed evidence of soot. The primary winding had melted near the connection point to the white lead. The winding appeared to have exceeded its fusing current level.

The end of the melted winding was located and cleaned. A DC resistance measurement was made from this end of the winding to the black lead, in an order to check the continuity of the winding. A measurement of >40 Meg-ohms was observed. This was evidence that the winding had more breaks or melts in addition to the melt near the white lead.

Based on my examination of the artifacts, my education, training and experience, it is my opinion that the transformer's primary winding insulation system failed. This allowed excessive current to flow into the primary winding. Via the transformer effect, excessive voltage and current flowed out the secondary winding to the thermostat. The thermostat could not handle this excessive voltage and subsequently failed in a catastrophic manner. It is my opinion that a defect existed within the Honeywell transformer. It is also my opinion that the failure within the Honeywell transformer caused the failure and fire within the thermostat.

Chartek DEPO. EXH. 6
11-21-02
KELLY L. HEMGATH
STENOGRAPHER

If you have any questions or need further assistance, please contact me at your convenience.

Report prepared by:

Todd J. Hartzler, M.S.E.E.

Report reviewed by:

Daniel J. Choudek, PE

Enclosure




Photograph # 00-142 2 1 artifacts



Photograph # 00-142 2 2 transformer with metal housing removed



Photograph # 00-142 2 3 transformer with metal housing removed



Photograph # 00-142 2 5 melted winding at white lead



Photograph # 00-142 2 6 transformer with metal housing removed



Photograph # 00-142 2 7 cardboard insulator with soot stains



Photograph # 00-142 2 10 primary winding exposed



Photograph # 00-142 2 11 primary winding exposed



Photograph # 00-142 2 8 microscopic photograph of winding near white lead



Photograph # 00-142 2 12 microscopic photograph of melted winding end

August 29, 2002

Mr. Kevin Kennedy
Hanson Lulic & Krall
920 Second Ave So.
Minneapolis, MN 55402

Re: Paul and Pamela Krawetz fire
ONSITE Engineering file: 00-142

Dear Mr. Kennedy:

The following letter will serve as the Expert Witness Disclosure for Daniel J. Choudek, PE. of OnSite Engineering and Forensic Services, Inc.

1 Expert Witness
Daniel J. Choudek, PE
OnSite Engineering and Forensic Services, Inc.
P.O. Box 718
Prior Lake, MN 55372

2 Experience/Qualifications

See attached Curriculum Vitae

3 Publications

None

4 Compensation

Engineering Analysis $165/hr
Deposition and Trial Testimony $225/hr

Choudek DEPO. EXH 7
11-21-02

5 Expert Testimony

See attached

6 Statement of Opinions

1. The thermostat shows evidence of fire damage. The thermostat was either damaged by an ensuing fire or was the cause of the fire. No other sources of ignition were identified within the area of origin; therefore the electrical energy available within the thermostat was the only source of ignition for this fire.
2. The only energy source for ignition of this fire was the energy supplied by the transformer and delivered to the thermostat by the thermostat wiring.
3. The transformer is rated to deliver 40 VA (volt amps) - (roughly 40 watts) and can deliver short term power up to 260 VA (roughly 260 watts)
4. It is reasonable to conclude that the unauthorized electrical energy released within the thermostat caused ignition of the combustible material comprising the thermostat housing. The thermostat was heavily damaged and components displaced during the fire therefore the specific failure mode cannot be identified.
5. The transformer recovered from the Krawetz residence shows evidence of turn-to-turn shorting within the primary winding.
6. The turn-to-turn shorting within an electrical coil occurs as a result of insulation failure between the adjacent wires.
7. The insulation failure can occur as a result of mechanical damage, thermal damage, or high voltage stress.
8. The turn's ratio of this Honeywell Model AT72D 1683 transformer is 120:24 or 5 to 1. The normal volts per turn on the primary winding is 120 volts/673 turns or .18 volts per turn. Turn to turn shorting within the primary winding alters the turn's ratio of the transformer, and alters the primary windings volts per turn ratio. Subsequently, the secondary windings volt per turn ratio of the transformer changes and the transformer's output voltage changes such that the output voltage is higher than normal.
9. The transformer's condition of turn to turn shorting was due to either a failure internal to the transformer that produced the damage or a failure external to the transformer that produced the damage. An internal insulation failure within the transformer would create the turn-to-turn shorting and ultimate failure of the transformer's primary winding. An external failure, such as a short circuit within the thermostat, would create high currents within the secondary and primary windings. The higher than normal primary currents would create heating within primary coils sufficient to degrade the insulation. The insulation degradation will then create turn-to-turn shorting.
10. There was no evidence of a short circuit observed on the wiring supplying power to the thermostat. There was also no evidence that the thermostat was miswired due to the fact that the thermostat and furnace functioned properly for years prior to the fire.
11. The fire in the Krawetz residence was caused by either a failure within the

MagicStat thermostat 2550 that manifested into the ignition of the thermostat's plastic housing, or the fire was caused by a failure within the Honeywell transformer that created an over voltage being delivered to the thermostat and a subsequent failure.

7 Documents and/or Data reviewed

I have reviewed:

St. Paul Fire department Fire Incident report,
SPFD Investigation Report,
Ward & Whitemore Universal Fire consultants fire investigation report.
Owner's manual from the Honeywell MagicStat 2550.
Honeywell Engineering Specification ES243
Honeywell Engineering Specification ES15714
Honeywell Engineering Specification DR12834
Honeywell owner's manual MagicStat 2880

I have examined the fire-damaged remains of the MagicStat 2550 thermostat and the Honeywell Model AT72D 1683 transformer that supplied power to the thermostat. I have reviewed the construction diagrams of the Honeywell Model AT72D 1683 transformer. I have examined a Honeywell - MagicStat model 2800. Honeywell MagicStat model 2550 thermostat is no longer available in local retailers. I have examined and performed tests on exemplar Honeywell Model AT72D 1683 transformers. I have examined and performed tests on the MagicStat 2800 thermostat's housing.

Tests were performed on exemplar transformers that demonstrated the effect of an internal transformer failure. This test showed that inducing a turn to turn shorting within the transformer created higher-than-designed output voltages. Testing also showed that directly short circuiting the transformer's secondary output terminals created a turn to turn shorting within the primary winding.

The thermostat model 2800 was examined. Its housing was tested for combustibility. A sample of the plastic housing was removed from the unit and subjected to open flame. The sample plastic readily ignited and continued to burn when removed from the flame. The plastic gave no appearance of containing flame-retarding material. A sample of plastic was subjected to hot surface ignition with an electrical energy source. The sample readily ignited and continued when removed from the source.

The examination of a recently purchased exemplar transformer revealed evidence of a manufacturing defect. Solder was observed to have re-solidified on the secondary coils wire insulation surface in a location under the secondary coil's termination point. The solder has the potential to create a turn-to-turn short.

8 Exhibits

It is anticipated that the exhibits would include the artifacts recovered from the fire scene as well as photographs and diagrams. Exemplar transformers examined and utilized in the testing may also be utilized as well as the data collected during these tests.

If you have any questions regarding the disclosure, please contact me at your convenience.

Sincerely,

Daniel J. Choudek, PE

**DANIEL J. CHOUDEK**
Registered Professional Engineer

| | |
|---|---|
| Registration: | Licensed Professional Engineer<br>State of Minnesota, 1997<br>State of Illinois, 1998 |
| Education: | BS in Electrical and Electronic Engineering<br>North Dakota State University, Fargo, ND. 1987<br><br>Moorhead State University, Moorhead, MN.<br>Pre-Engineering Program, 1982-1985 |
| Continuing Education: | 30th Annual Fire & Arson Conference<br>Hosted by Nebraska Chapter of IAAI, 9/99.<br><br>Annual Fire & Arson Conference<br>Hosted by Wisconsin Chapter of IAAI, 6/99, 6/00.<br><br>Confined Space Entry & Rescue, 16 hrs training<br>Hennepin Technical College, Hopkins, MN.,11/96<br><br>Hazardous Materials- Industrial Technician, 40 Hrs. Training. Metropolitan State University, St. Paul, MN. 10/96.<br><br>Electrical Fire Investigation Seminar, 24 hours Training. Nashville, TN.1/96. Hosted by Tennessee IAAI<br><br>International Symposium on Forensic Aspects of Arson Investigation. 9/95. Hosted by Federal Bureau of Investigation.<br><br>Fire and Arson Investigation Conference, Hosted by Minnesota chapter of IAAI. 3/88, 3/89, 3/91, 5/92, 5/98, 3/00. |

| | |
|---|---|
| Experience: 9/99 to Present | OnSite Engineering and Forensic Services, Inc. -President. Engineering services including fire cause investigation, electrical failure analysis, electrical design analysis, and product testing. |
| 9/92 to 9/99 | Anderson Engineering of New Prague, Inc. President/Director of Engineering Operations. Responsible to client for engineering services including fire cause investigation, electrical failure analysis, electrical design analysis, and product testing. |
| 9/92 to 9/99 | Midwest Current Transformer, Division of Anderson Engineering of New Prague, Inc. Design, manufacture and quality control engineer of current transformers. |
| 11/87 to 2/92 | Anderson Engineering of New Prague Inc., Electrical Engineer. Responsible to client for engineering services including fire cause investigation, electrical failure analysis, electrical design analysis, and product testing. |
| 12/85 to 12/86 | Northern States Power Company, Minneapolis, MN. Transmission Planning Engineering Intern. Position involved assisting planning engineers with Load Flow Analysis and various intern projects. |
| Papers and Presentation. | Presentation "Electrical Fire Cause Issues", to Iowa Law Enforcement Academy, Johnston, IA. 10/01. |
| | Presentation "Electrical Fire Cause Issues", to North Dakota Chapter of International Association of Arson Investigators. 8/01 |
| | Presentation "Electrical Fire Cause", Minnesota Bureau of Criminal Apprehension, Rochester, MN. 7/01 |
| | Presentation "Electrical Fire Cause Issues", to Wisconsin Chapter of International Association of Arson Investigators. 6/00. |

Presentation " Electric Utilities & Electrical Fire Cause Issues" to North Central Rural Electric Cooperative Engineering Conference. 2/00.

Presentations "Electrical Fire Cause Issues", "Electrical Appliance fires" to Nebraska Chapter of International Association of Arson Investigators. 9/99.

Presentation "Engineering Support in Subrogation Claims" to representatives of insurance industry, private investigation firms, and law firms. 4/99.

Presentation "Electrical Fire Cause Issues" to representatives of insurance industry, private investigation firms, and law firms. 10/97

Professional Affiliations:

Member National Society of Professional Engineers
Member Minnesota Society of Professional Engineers
Member International Association of Arson Investigators.
Member International Association of Arson Investigators – Engineering Committee 1994
Member International Association of Arson Investigators- Minnesota & Nebraska chapters
Member National Fire Protection Association
Member American Academy of Forensic Sciences
Member Institute of Electrical and Electronic Engineers.

Public Agency Project and Casework:

United States Department of Treasury – Bureau of Alcohol Tobacco and Firearms

United States Department of Justice – United States District Attorney

Minnesota Department of Public Safety – State Fire Marshal Division

Minnesota Bureau of Criminal Apprehension

## DANIEL J. CHOUDEK

| YEAR | COURT | CASE NUMBER | DEPO / TRIAL |
|---|---|---|---|
| 2002 | Robert Goerdt and Debra Goerdt vs. American Family Mutual Insurance Company | C8-01-101 | Deposition |
| | Joe Axberg and Pamela Stegora Axberg vs. Black & Decker (U.S.) Inc. | 01-158 (ADM/AJB) | Deposition |
| | Western National Insurance Company and CVS Industries, Inc. vs. Thompson Electric Company of Duluth, Inc.<br>State MN - St. Louis County Sixth Judicial Court | C2-01-600445 | Trial |
| | Beehler v. United States of America | 99-1977 DFW/RLE | Trial |
| | West River Pork, Inc. vs. Buxton Electric and Mouser Plumbing & Electric<br>State IA - District Court for Sioux County | LACV019354 | Deposition |
| | Anthony Polkowski and Toni Polkowski and St. Paul Fire & Marine Ins. Co., vs. General Electric; Emerson Electric Co.; and Texas Instruments Incorporated<br>United States District Court - Western District of Wisconsin | 00-CV-565 | Trial |
| | Scotty's Pub & Bottle Shop, Inc. vs. Badger Mutual Insurance Company<br>United States District Court - District of Minnesota | 01-140 DWF/RLE | Deposition |
| | Childtime Childcare, Inc. vs. Broan-Nutone LLC<br>United States District Court - Northern District OH | 5:01CV 982 | Deposition |
| | Brad Kallem and Shari Kallem vs. General Cable Industries, Inc.<br>Tenth Judicial District Court - State of Minnesota County of Washington | C1-00-5076 | Deposition |
| | Scotty's Pub & Bottle Shop, Inc., vs. Badger Mutual Insurance Company<br>United States District Court - District of Minnesota | 01-140 DWF/RLE | Trial |
| | Iowa District Court for Warren County vs.<br>Frank Burke<br>Gary White<br>Stacey Stoecker<br>Suzanne Jackson<br>Anthony Negrete | <br>FECR020900<br>FECR020901<br>FECR020902<br>FECR020903<br>FECR020951 | Deposition |

## DANIEL J. CHOUDEK

| YEAR | COURT | CASE NUMBER | DEPO / TRIAL |
|---|---|---|---|
| 2002 | | | |
| | State of Iowa vs. Gary White | FECRO20901 | Trial |
| | Steven & Penny Shores vs. Tensor Corporation, a Massachusetts corporation Tenth Judicial District Court, State of Minnesota, County of Anoka | C7-01-3844 | Trial |

## DANIEL J. CHOUDEK

| YEAR | COURT | CASE NUMBER | DEPO / TRIAL |
|---|---|---|---|
| 2001 | American Family Insurance Company vs. Toastmaster, Inc. et al.<br>State MN - Hennepin County 4th Judicial District | CT 99-12278 | Deposition |
| | Sconan Anderson, Grant Anderson, Wind Wood Home Owners Association vs. Black & Decker Inc.<br>United States District Court, Minnesota | 00-1185 | Deposition |
| | John S. Olynick, et al. vs. Peterbuilt, et al.<br>State MN - Hennepin County | | Deposition |
| | Farmers Union Insurance vs. Bradley Lane<br>Montana Thirteenth Judicial District Court<br>Yellowstone County | DV 97-0143 | Deposition |
| | Beers Brothers vs. Deere & Company and Dakotaland Equipment, Inc. | CIV. 00-04 | Deposition |
| | Community Blood Center, Inc. and St Paul Fire & Marine Insurance Company vs. Central Temperature Equipment Service, Inc. and Integrity Mutual Insurance Company | 99 CV 980 | Deposition |
| | Gorg , et al. vs. Metro Dental, et al.<br>County of Dakota First Judicial District | C4009359 | Deposition |
| | Western National Insurance Company and CVS Industries, Inc. vs. Thompson Electric Company of Duluth, Inc. | C2-01-600445 | Deposition |

## DANIEL J. CHOUDEK

| YEAR | COURT | CASE NUMBER | DEPO / TRIAL |
|---|---|---|---|
| 2000 | Carol Ostrom & American Family Insurance vs. General Electric Company<br>State MN - St. Louis County | C8-00-600066 | Deposition |
| | American States Insurance Company vs. Toastmaster Inc.<br>State MN - Houston County 3rd Judicial District | C5-99-24 | Deposition |
| | Keegan vs. Flexsteel Industries<br>State of WI - Marathon County | 98CV595 | Deposition |
| | Mishark vs. Sunbeam | 98-2573 | Deposition |
| | State of Minnesota vs. Charles Slabaugh<br>State MN - Steele County, 3rd District | K1-99-485 | Trial |
| | Adams vs. Broan Manufacturing<br>State MN - Hennepin County, 4th District | PD 99-283 | Deposition |
| | Breezy Point vs. General Electric<br>State MN - Crow Wing County, 9th District | C3-97-2589 | Trial |
| | Polkoski vs. General Electric<br>U.S. District Court WD, WI | 99-C-637-C | Deposition |
| | James Beckers vs. Broan Manufacturing<br>State MN - Hennepin County, 4th District | 99-CV-4391 | Deposition |
| | Top Taste vs. Clarklift of Minnesota<br>U.S. District Court, North Dakota, S.E. Div | 3:99CV99 | Deposition |
| | American Family Insurance vs. JVC Americas Corporation<br>U.S. DC MN | C 00-27 | Deposition |

## DANIEL J. CHOUDEK

| YEAR | COURT | CASE NUMBER | DEPO / TRIAL |
|---|---|---|---|
| 1999 | Fabra Tech vs. General Electric<br>State of South Dakota - Walworth County | 97-98 | Trial |
| | Breezy Point vs. General Electric<br>State MN - Crow Wing County, 9th District | C3-97-2589 | Deposition |
| | State of Iowa District Court<br>Linn County - Civil | LA-CV-031-776 | Deposition |

## DANIEL J. CHOUDEK

| YEAR | COURT | CASE NUMBER | DEPO / TRIAL |
|---|---|---|---|
| 1998 | State of South Dakota,<br>County of Walworth in Circuit Court<br>Fifth Judicial Circuit | Civil 97-78 | Deposition |
| | State of Minnesota | C3-97-2589 | Deposition |
| | State of Minnesota District Court<br>First Judicial District<br>County of Sibley | C1-98-71 | Trial |
| | State of Minnesota<br>Dakota County | 9703-2519 | Trial |
| | Circuit Court State of South Dakota<br>County of Pennington Seventh Judicial Circuit | CIV-95-1191 | Trial |
| | State of Minnesota District Court<br>Second Judicial District | K3 981 321 | Trial |
| | State of Montana, Eighth Judicial District Court<br>Cascade County | BDV-95-321 | Deposition |