# EXHIBIT F

Post-it® Fax Note 7671 | pages 2
To Geo. Flynn | From Lutz
Co./Dept. Flynn Gaskins | Co. Honeywell
Phone # 612-333-9500 | Phone # 612-951-0635
Fax # 612-333-9579 | Fax #

RECEIVED
MAR 08 2001
GEORGE VANKULA

...LIC & KRALL
...EYS AT LAW
...ITE 500
... ...D AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55402-4032
(612) 333-2530
FAX (612) 392-3675

JON A. HANSON
JOSEPH F. LULIC
TONY R. KRALL
KEVIN J. KENNEDY
JOHN F. COOK
WILLIAM M. DRINANE

E. CURTIS ROEDER
J. ROBERT KEENA
BETSY L. RADTKE
RANDALL E. GOTTSCHALK
MARK J. KEMPER

ATTORNEYS ADMITTED IN
MINNESOTA, WISCONSIN AND NEBRASKA

Writer's Direct Dial: (612) 392-3648

→ Bill Lutz

March 8, 2001

RECEIVED
MAR 08 2001
Office of General Counsel

George Van Kula, Esq.
Vice President and General Counsel
Honeywell International, Inc.
Home and Building Control
2701 Fourth Avenue South
Minneapolis, MN 55408

| | | |
|---|---|---|
| RE: | Our Insured: | Paul and Pamela Krawetz |
| | Our Insurer: | Illinois Farmers Insurance Company |
| | Date of Loss: | 1-27-00 |
| | Our File No.: | FAR 17445 |

Dear Mr. Van Kula:

Our office represents the subrogation interests of Illinois Farmers Insurance Company which insures Paul and Pamela Krawetz. Mr. and Mrs. Krawetz sustained a fire loss at their home on January 27, 2000, and our investigation has determined that a thermostat overheated, thereby causing fire damage to the home. It has also been determined that the thermostat's overheated condition was the direct result of the failed transformer which was manufactured by Honeywell.

The purpose of this letter is to advise you of the loss, of Illinois Farmers' subrogation interest, and to advise that we have retained artifacts from the loss, including the transformer and thermostat. Our engineers would like to conduct some additional examination and disassembly of the transformer in order to further investigate the cause of this loss. Prior to doing so, we are putting you on notice in the event you would like to participate in the examination of the artifacts.

George Van Kula, Esq.
March 8, 2001
Page 2

We would also ask for Honeywell's assistance in determining the manufacturer of the thermostat in question.

Thank you for your attention to this matter.

Yours truly,

Kevin J. Kennedy

KJK/kmr

cc: Ron Doke (Claim No.: U4 175942)
Dick Rush (Claim No.: U4 175942)
Dan Choudek (File No.: 00-142)

G:\HLK\17445\ATTY\VANKULA.001