**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Illinois Farmers Insurance Company,
As subrogee of
Paul Krawetz and Pamela Krawetz

Plaintiff,

vs.

Honeywell International Inc.,
A Delaware Corporation,

Defendant.

Court File No. 02-CV-410 JNE/JSM

**CERTIFICATE OF SERVICE**

---

I hereby certify that on May 13, 2005, I caused the following document(s):

1. Honeywell's Memorandum of Law in Support of Motion for Sanctions and Dismissal of Plaintiff's Claims; and
2. Affidavit of Scott M. Rusert and Exhibits A-M;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

1. kkennedy@hlk.com

I further certify that I caused the proposed Order to be filed with the Court via email to the following Judge who is hearing the motion:

joanericksen_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed Order to be emailed as noted below to the following:

kkennedy@hlk.com

**FLYNN, GASKINS & BENNETT, LLP**

Dated: May 13, 2005

s/ Scott M. Rusert
Scott M. Rusert, #231113
333 South Seventh Street
Suite 2900
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Defendant***
***Honeywell International Inc.***