# HANSON LULIC & KRALL, LLC
ATTORNEYS AT LAW

700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Office: 612.333.2530
Fax: 612.392.3675

June 9, 2005

***Kevin J. Kennedy***
***Attorney at Law***
Direct Dial: 612.392.3648
E-Mail: kkennedy@hlk.com

The Honorable Joan N. Ericksen
The Honorable Janie S. Mayeron
United States District Court
Warren E. Burger Federal Building
316 North Robert Street, Room 610
St. Paul, MN 55101

Re: Illinois Farmers Insurance Company, as subrogee of Paul Krawetz and Pamela Krawetz vs. Honeywell International, Inc.
Court File No.: 02-410 (JNE/JSM)
Our File No.: FAR 17445

Dear Judge Ericksen and Magistrate Judge Mayeron:

Our office represents the Plaintiffs, Illinois Farmers Insurance Company and Paul Krawetz, in the above-captioned matter. This letter is to advise that we have reached a verbal settlement of this case with the Defendant, Honeywell International, Inc. Accordingly, the case may be removed from the trial calendar.

A Stipulation of Dismissal of the case will be filed when signatures have been obtained.

If you have any questions, please feel free to contact me. Thank you for your consideration.

Yours truly,

Kevin J. Kennedy

KJK/kmb

cc: Clerk of Court
Scott M. Rusert, Esq. (File No.: 36.15051)

G:\HLK\17445\ATTY\Judge.005.doc